Jason D. Guinasso, Esq
Nevada Bar No. 8478
Jason@guinassolaw.com
GUINASSO LAW, LTD.
5371 Kietzke Lane
Reno, NV 89511

Benjamin W. Bull*
Peter A. Gentala*
Dani Bianculli Pinter*
Christen M. Price*
Victoria Hirsch*
NATIONAL CENTER ON SEXUAL EXPLOITATION
1201 F Street, NW, Suite 200
Washington, DC 20004
202.393.7245
*lawcenter@ncose.com*

**Pro Hac Vice Applications Forthcoming*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JANE DOE,<br><br>                    Plaintiffs,<br><br>v.<br><br>JOSEPH LOMBARDO, Governor of Nevada in his official capacity; AARON FORD, Attorney General of Nevada in his official capacity; NYE COUNTY; ELKO COUNTY; STOREY COUNTY; WESTERN BEST, INC, D/B/A CHICKEN RANCH; WESTERN BEST, LLC; DESERT ROSE CLUB, LLC; HACIENDA ROOMING HOUSE, INC. D/B/A BELLA'S HACIENDA RANCH; MUSTANG RANCH PRODUCTIONS, LLC D/B/A MUSTANG RANCH LOUNGE, LLC; AND LEONARD "LANCE" GILMAN in his official capacity,<br>                    Defendants. | CASE NO.:   3:24-cv-00065-MMD-CLB<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE AN OPPOSITION TO STATE DEFENDANTS' MOTION TO DISMISS [ECF NO. 24], FOR STATE DEFENDANTS TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO [ECF NO. 24], FOR PLAINTIFF TO FILE AN OPPOSITION TO STATE DEFENDANTS' MOTION TO STAY [ECF NO. 30], AND FOR STATE DEFENDANTS TO FILE A REPLY TO PLAINTIFF'S OPPOSITIONS TO [ECF NO. 24 & 30]**<br><br>**[FIRST REQUEST]** |

COMES NOW Plaintiff Jane Doe, by and through her counsel of record, and Defendants Joseph Lombardo and Aaron Ford ("State Defendants") by and through their counsel of record, and hereby stipulate and agree to the following regarding State Defendants' Motion to Dismiss [ECF No. 24] filed on April 1, 2024, and State Defendants' Motion to Stay Case or Discovery [ECF No. 30] filed on April 2, 2024:

1. This is Plaintiff's first request for extension of time to file an opposition to State Defendants' Motion to Dismiss [ECF No. 24].

2. This is State Defendants first request for extension of time to file a reply to Plaintiff's opposition to State Defendants' Motion to Dismiss [ECF No. 24], once filed.

3. This is also Plaintiff's first request for extension of time to file an opposition to State Defendants' Motion to Stay Case or Discovery [ECF No. 30] on April 2, 2024.

4. State Defendants first request for extension of time to file a reply to Plaintiff's opposition to State Defendants' Motion to Stay Case or Discovery [ECF No. 30], once filed.

5. Plaintiff shall have an extension of 21-days to file and serve her Opposition to State Defendants' Motion to Dismiss [ECF No. 24], making the new deadline **May 6, 2024**.

6. State Defendants shall have **21-days** to file and serve their reply to Plaintiff's opposition to State Defendants' Motion to Dismiss [ECF No. 24], once filed.

7. Plaintiff shall also have an extension of 21-days to file and serve her Opposition to State Defendants' Motion to Stay Case or Discovery [ECF No. 30], making the new deadline **May 7, 2024**.

8. State Defendants shall have **21-days** to file and serve their reply to Plaintiff's opposition to State Defendants' Motion to Stay Case or Discovery [ECF No. 30], once filed.

9. These extensions are not sought for an improper purpose or to cause unnecessary delay. Good cause for the extension exists and is pursuant to Local Rules, Plaintiff Jane Doe has "14 days after service of the motion" to file and serve her reply. *See* LR 7-2(b). Fourteen days after filing the Motion to Dismiss [ECF No. 24] is Monday, April 15, 2024, and Tuesday, April 16, 2024, for the Motion to Stay Case or Discovery [ECF No. 30]. More specifically, Counsel for Plaintiff have three deadlines in the instant case within two days: Opposition to State Defendants' Motion to Dismiss on April 15, 2024; Joint Case Management Report on April 15, 2024; and Opposition to State Defendants' Motion to Stay Case or Discovery on April 16, 2024. In addition, Counsel is filing a petition for writ of certiorari in the case *Williams v. Sisolak,* 2:21-CV-01676 that is due on April 17, 2024. Finally, counsel for Plaintiff, Mr. Guinasso, has also switched law firms since the Motion to Dismiss [ECF No. 24] and Motion to Stay Case or Discovery [ECF No. 30] were filed, and is currently undergoing orientation at his new firm. To provide the parties sufficient time to prepare responsive pleadings, , the parties amicably agreed upon the above extension.

10. It is within the discretion of the Court to grant an extension of time. See, e.g., *Ahanchian v. Xenon Pictures, Inc*., 624 F.3d 1253, 1258 (9th Cir. 2010). The instant Stipulation is not filed for the purpose of delay. Due to the converging reply deadlines in the instant case, deadline for petition for writ of certiorari in *Williams v. Sisolak*, and Plaintiff's counsel changing law firms, the parties will have insufficient time to prepare adequately well-briefed responsive pleadings to these motions.

///
///
///
///
///
///
///

1       **IT IS SO STIPULATED.**

2

3   DATED this 12th day of April, 2024.       DATED this 12th day of April, 2024.

4   **AARON FORD**                                  **GUINASSO LAW, LTD.**
  **Attorney General**

5   */s/ Iva K. Todorova*                                */s/ Jason D. Guinasso*

6   _____              Jason D. Guinasso, Esq.
  Marni K. Watkins (Bar No. 9674)          Nevada Bar No. 8478

7   Chief Litigation Counsel                  5371 Kietzke Lane
  Sabrena K. Clinton (Bar No. 6499)       Reno, Nevada 89511

8   Deputy Attorney General                 Jason@guinassolaw.com
  Iva K. Todorova (Bar No. 15827)         *Attorney for Plaintiffs*

9   Senior Deputy Attorney General

10   Office of the Attorney General
   555 E. Washington Ave., Ste. 3900

11   Las Vegas, Nevada 89101
   mkwatkins@ag.nv.gov

12   sclinton@ag.nv.gov

13   itodorova@ag.nv.gov

14   *Attorneys for Governor Joseph Lombardo
   and Attorney General Aaron Ford*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ORDER

11. IT IS HEREBY ORDERED that Plaintiff shall have an extension of 21-days to file and serve her Opposition to State Defendants' Motion to Dismiss [ECF No. 24], making the new deadline **May 6, 2024**.

12. State Defendants shall have **21-days** to file and serve their reply to Plaintiff's opposition to State Defendants' Motion to Dismiss [ECF No. 24], once filed.

13. Plaintiff shall also have an extension of 21-days to file and serve her Opposition to State Defendants' Motion to Stay Case or Discovery [ECF No. 30], making the new deadline **May 7, 2024**.

14. State Defendants shall have **21-days** to file and serve their reply to Plaintiff's opposition to State Defendants' Motion to Stay Case or Discovery [ECF No. 30], once filed.

**IT IS SO ORDERED** THIS 12th Day of April 2024.

_____
DISTRICT COURT JUDGE

Respectfully Submitted by:
**GUINASSO LAW, LTD.**

By: */s/ Jason D. Guinasso*_____
Jason D. Guinasso
Nevada Bar No. 8478
GUINASSO LAW, LTD.
5371 Kietzke Lane
Reno, NV 89511
*Attorney Plaintiffs*