**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JANE DOE,

    Plaintiff

v.

JOSEPH LOMBARDO, et al.,

    Defendants

Case No.: 3:24-cv-00065-MMD-CSD

**Order**

A stipulation and proposed order has been filed seeking to extend indefinitely the time for defendants Western Best, Inc. d/b/a Chicken Ranch and Western Best, LLC to file a response to the complaint. (ECF No. 53.)

Preliminarily, the court notes that the parties have the wrong case number in their stipulation. The correct case number is 3:24-cv-00065-MMD-**CSD**, and this shall be corrected in future filings.

The stipulation (ECF No. 53) is **APPROVED** subject to the following:

1. Plaintiff has up to and including **May 30, 2024** to file and serve a motion for protective order and leave to proceed pseudonymously.

2. If Plaintiff files a motion for protective order, and the motion is granted, Plaintiff shall immediately reveal her identity to Defendants under the terms of the protective order. Defendants Western Best, Inc. d/b/a Chicken Ranch and Western Best, LLC will have **14 days** from the date of any order granting and entering the protective order to file their responsive pleading.

3. If Plaintiff fails to timely file a motion for protective order, defendants Western Best, Inc. d/b/a Chicken Ranch and Western Best, LLC have until **June 13, 2024** to file a motion to dismiss.

**IT IS SO ORDERED**.

Dated: April 30, 2024

_____
Craig S. Denney
United States Magistrate Judge