1  Jason D. Guinasso, Esq
   Nevada Bar No. 8478
2  Jason@guinassolaw.com
   GUINASSO LAW, LTD.
3  5371 Kietzke Lane
   Reno, NV 89511
4

5  Benjamin W. Bull*
   Peter A. Gentala*
6  Dani Bianculli Pinter*
   Christen M. Price*
7  Victoria Hirsch*
   NATIONAL CENTER ON SEXUAL
8  EXPLOITATION
   1201 F Street, NW, Suite 200
9  Washington, DC 20004
   202.393.7245
10 lawcenter@ncose.com

11
   *Pro Hac Vice Applications Forthcoming
12

13              UNITED STATES DISTRICT COURT
                    DISTRICT OF NEVADA
14

| | |
|---|---|
| 15  JANE DOE, | CASE NO.:   3:24-cv-00065-MMD-CSD |
| 16              Plaintiff, | |
| 17  v. | **STIPULATION AND ORDER TO STAY DISCOVERY DEADLINES PENDING COURT'S DISPOSITION AS TO UNRESOLVED DISPOSITIVE MOTIONS** |
| 18  JOSEPH LOMBARDO, Governor of Nevada in his official capacity; AARON FORD, Attorney General of Nevada in his official capacity; NYE COUNTY; ELKO COUNTY; STOREY COUNTY; WESTERN BEST, INC, D/B/A CHICKEN RANCH; WESTERN BEST, LLC; DESERT ROSE CLUB, LLC; HACIENDA ROOMING HOUSE, INC. D/B/A BELLA'S HACIENDA RANCH; MUSTANG RANCH PRODUCTIONS, LLC D/B/A MUSTANG RANCH LOUNGE, LLC; AND LEONARD "LANCE" GILMAN in his official capacity, | |
| | **[FIRST REQUEST]** |
|              Defendants. | |

Page 1 of 5

COMES NOW Plaintiff Jane Doe, by and through her counsel of record, and Defendants Joseph Lombardo and Aaron Ford ("State Defendants"), Defendants Nye County, Elko County, and Storey County ("County Defendants") by and through their counsel of record, Defendant Desert Rose Club, LLC, Mustang Ranch Productions, LLC and Leonard "Lance" Gilman, by and through their counsel of record, Western Best, Inc. d/b/a Chicken Ranch, and Western Best, LLC by and through their counsel of record and hereby stipulate and agree to the following regarding staying the discovery deadlines in this case.

1. On February 25, 2024, County Defendants filed a Motion to Dismiss [ECF No. 5]. This matter has been fully briefed and is pending this Court's decision.

2. On February 29, 2024, Defendants Mustang Ranch Productions, LLC and Leonard "Lance" Gilman filed a Motion to Dismiss [ECF No. 6] and filed a joinder to [ECF No. 5]. This matter has been fully briefed and is pending this Court's decision.

3. On April 1, 2024, State Defendants filed a Motion to Dismiss [ECF No. 24]. The briefing in this matter is not yet complete, and is therefore still pending the Court's decision.

4. On April 2, 2024, Defendants Mustang Ranch Productions, LLC and Leonard "Lance" Gilman filed a joinder to [ECF No. 24] and [ECF No. 36].

5. On April 2, 2024, State Defendants filed a Motion to Stay Discovery [ECF No. 30]. Rather than responding to this motion, Plaintiff has prepared this instant stipulation.

6. Also, on April 2, 2024, Defendant Desert Rose Club, LLC filed joinders to [ECF No. 5], [ECF No. 6], [ECF No.16] and [ECF No. 18].

7. On April 12, 2024, County Defendants filed a Motion to Dismiss [ECF No. 43]. This matter has been fully briefed and is pending the Court's decision.

8. In an effort to maintain judicial economy, the parties agree to stay discovery deadlines until this Court has adjudicated the above dispositive motions.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 8th day of May, 2024.<br><br>**AARON FORD**<br>**Attorney General**<br><br>*/s/ Iva K. Todorova*<br>_____<br>Marni K. Watkins<br>Nevada Bar No. 9674<br>Chief Litigation Counsel<br>Sabrena K. Clinton<br>Nevada Bar No. 6499<br>Deputy Attorney General<br>Iva K. Todorova<br>Nevada Bar No. 15827<br>Senior Deputy Attorney General<br>Office of the Attorney General<br>555 E. Washington Ave., Ste. 3900<br>Las Vegas, Nevada 89101<br>mkwatkins@ag.nv.gov<br>sclinton@ag.nv.gov<br>itodorova@ag.nv.gov<br><br>*Attorneys for Governor Joseph Lombardo and Attorney General Aaron Ford* | DATED this 7th day of May, 2024.<br><br>**GUINASSO LAW, LTD.**<br><br>*/s/ Jason D. Guinasso, Esq.*<br>_____<br>Jason D. Guinasso, Esq.<br>Nevada Bar No. 8478<br>5371 Kietzke Lane<br>Reno, Nevada 89511<br>Jason@guinassolaw.com<br>*Attorney for Plaintiff*<br><br>DATED this 7th day of May, 2024.<br><br>**ERICKSON THORPE & SWAINSTON, LTD**<br><br>*/s/ Brent L. Ryman*<br>_____<br>Brent L. Ryman, Esq.<br>Nevada Bar No.<br>Paul M. Bertone, Esq.<br>Nevada Bar No.<br>99 W. Arroyo St.<br>Reno, NV 89509<br>bryman@etsreno.com<br>pbertone@etsreno.com<br><br>*Attorneys for Defendants Nye County, Elko County, and Storey County* |

| | |
|---|---|
| DATED this 8th day of May, 2024.<br><br>**GUNDERSON LAW FIRM**<br><br>*/s/ Courtney Sweet*<br>_____<br>Courtney Sweet<br>Nevada Bar No.<br>3895 Warren Way<br>Reno, NV 89509<br>csweet@gundersonlaw.com<br><br>*Attorneys for Defendants Mustang Ranch Productions, LLC and Leonard "Lance" Gilman* | DATED this 8th day of May, 2024.<br><br>**THE OMARA LAW FIRM, P.C.**<br><br>*/s/ David C. O'Mara*<br>_____<br>David C. O'Mara<br>Nevada Bar No.<br>311 E. Liberty Street<br>Reno, NV 89501<br>david@omaralaw.net<br><br>*Attorneys for Defendant Desert Rose Club, LLC* |
| DATED this 9th day of May, 2024.<br>**FOX ROTHSCHILD LLP**<br><br>*/s/ Deanna L. Forbush*<br>DEANNA L. FORBUSH (6649)<br>REX D. GARNER (9401)<br>1980 Festival Plaza Drive, Ste. 700<br>Las Vegas, Nevada 89135<br>dforush@foxrothschild.com<br>*Attorneys for Western Best, Inc. d/b/a Chicken Ranch Western Best, LLC* | |

### **ORDER**

IT IS HEREBY ORDERED discovery deadlines shall be stayed until this Court has adjudicated the above dispositive motions.

**IT IS SO ORDERED** this 13th day of May, 2024.


_____
UNITED STATES MAGISTRATE JUDGE