AARON D. FORD
  Attorney General
MARNI K. WATKINS (Bar No. 9674)
  Chief Litigation Counsel
SABRENA K. CLINTON (Bar No. 6499)
  Deputy Attorney General
IVA K. TODOROVA (Bar No. 15827)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3420 (phone)
(702) 486-3768 (fax)
mkwatkins@ag.nv.gov
sclinton@ag.nv.gov
itodorova@ag.nv.gov

*Attorneys for Governor Joseph Lombardo
and Attorney General Aaron D. Ford*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE;<br><br>      Plaintiff,<br><br>vs.<br><br>JOSEPH LOMBARDO, Governor of Nevada in his official capacity; AARON FORD, Attorney General of Nevad in his official capacity; NYE COUNTY; ELKO COUNTY; STOREY COUNTY; WESTERN BEST, INC, D/B/A CHICKEN RANCH; WESTERN BEST, LLC; DESERT ROSE CLUB, LLC; HACIENDA ROOMING HOUSE, INC. D/B/A BELLA'S HACIENDA RANCH; MUSTANG RANCH PRODUCTIONS, LLC D/B/A MUSTANG RANCH LOUNGE, LLC; LEONARD "LANCE" GILMAN in his official capacity; and LEONARD "LANCE" GILMAN, in his individual capacity,<br><br>      Defendant(s). | Case No. 3:24-cv-00065-MMD-CLB<br><br>**ORDER GRANTING STIPULATION AND [PROPOSED] ORDER FOR STATE DEFENDANTS TO FILE A REPLY IN SUPPORT OF THE MOTION TO DISMISS THE COMPLAINT PURSUANT TO FRCP 12(B)(1), 12(B)(6), 8(A) OR IN THE ALTERNATIVE, MOTION TO STRIKE THE COMPLAINT FOR VIOLATION OF FRCP 12(F) [ECF NO. 24]**<br> [**SECOND REQUEST**] |

    COME NOW Defendants Governor Joseph Lombardo ("Governor Lombardo") and Attorney General Aaron D. Ford ("General Ford"), (collectively, "State Defendants"), by and

through their counsel, and Plaintiff Jane Doe, by and through her counsel of record, and hereby stipulate and agree to the following regarding State Defendants' Reply to Plaintiff's Opposition [ECF No. 63] to State Defendants' Motion to Dismiss [ECF No. 24]:

1. This is State Defendants' second request for extension of time to file a Reply to Plaintiff's Opposition to State Defendants' Motion to Dismiss [ECF No. 24];
2. The parties previously agreed for State Defendants to have an extension of 21-days to file and serve their Reply to Plaintiff's Opposition [ECF No. 63] to State Defendants' Motion to Dismiss [ECF No. 24], once filed, *see* [ECF No. 44], which this Honorable Court granted on April 12, 2024 [ECF No. 47].
3. Per the parties' prior agreement and the Court's order [ECF No. 47], the Reply to Plaintiff's Opposition to State Defendants' Motion to Dismiss is due May 28, 2024.
4. The parties have amicably agreed to allow State Defendants an additional one-week extension to file their Reply to Plaintiff's Opposition to State Defendants' Motion to Dismiss, making the new due date **June 4, 2024**.

This extension is not sought for an improper purpose or to cause unnecessary delay. Good cause for the extension exists provided the numerous legal issues requiring appropriate and adequate response, the importance of the issues presented, and the numerosity of parties necessitating multiple levels of review. It is within the discretion of the Court to grant an extension of time. *See, e.g., Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258 (9th Cir. 2010). Based on the foregoing, there is good cause to extend the deadline for State Defendants to file their Reply to Plaintiff's Opposition to State Defendants' Motion to Dismiss to **June 4, 2024**.

/ / /

/ / /

/ / /

**IT IS SO STIPULATED**

DATED this 24th day of May, 2024.

GUINASSO LAW

By: */s/ Jason D. Guinasso*
   Jason D. Guinasso Esq.
   Nevada Bar No.: 8478
   *Attorney for Plaintiff*

DATED this 24th day of May, 2024.

AARON D. FORD
Attorney General

By: */s/ Iva K. Todorova*
   Iva K. Todorova (Bar. No. 15827)
   Senior Deputy Attorney General
   *Attorneys for Governor Joseph Lombardo and Attorney General Aaron D. Ford*

## ORDER

Based on the foregoing stipulation, and good cause appearing:

**IT IS HEREBY ORDERED** that State Defendants shall have an extension of one week to file and serve their Reply to Plaintiff's Opposition [ECF No. 63] to State Defendants' Motion to Dismiss [ECF No. 24], making the new deadline **June 4, 2024**.

**IT IS SO ORDERED.**

Date this 24th day of May, 2024.

_____
U.S. DISTRICT JUDGE

Respectfully submitted by:

AARON D. FORD
Attorney General

By: */s/ Iva K. Todorova*
Iva K. Todorova (Bar No. 15827)
  Senior Deputy Attorney General
*Attorneys for Governor Joseph Lombardo and Attorney General Aaron Ford*