1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7

8  JANE DOE,                                                  ) Case #3:24-cv-00065-MMD-CLB
                                                              )
9                                                             )  **ORDER GRANTING**
                                                              )  **VERIFIED PETITION FOR**
10            Plaintiff(s),                                    )  **PERMISSION TO PRACTICE**
                                                              )  **IN THIS CASE ONLY BY**
11       vs.                                                  )  **ATTORNEY NOT ADMITTED**
                                                              )  **TO THE BAR OF THIS COURT**
12  JOSEPH LOMBARDO, Governor of                              )  **AND DESIGNATION OF**
    Nevada, in his official capacity; et al,                  )  **LOCAL COUNSEL**
13            Defendant(s).                                    )
                                                              )
14  ─────────────────────────────────                         )  FILING FEE IS $250.00

15

16       _____Christen Price_____, Petitioner, respectfully represents to the Court:
                  (name of petitioner)
17
         1.     That Petitioner is an attorney at law and a member of the law firm of
18
         _____National Center on Sexual Exploitation_____
19                                        (firm name)

20  with offices at _____1201 F Street NW, Suite 200_____,
                                              (street address)
21
         _____Washington_____ ,_____District of Columbia_____, ____20004____,
22              (city)                              (state)                      (zip code)

23       _____202-393-7245_____ , _____cprice@ncoselaw.org_____ ,
            (area code + telephone number)              (Email address)
24
         2.     That Petitioner has been retained personally or as a member of the law firm by
25
         _____Jane Doe_____ to provide legal representation in connection with
26              [client(s)]

27  the above-entitled case now pending before this Court.

28                                                                                    Rev. 5/16

3.    That since _____September 6, 2013_____, Petitioner has been and presently is a
                                    (date)
member in good standing of the bar of the highest Court of the State of District of Columbia
                                                                                                (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| United States Supreme Court | 3/28/2017 | N/A |
| US Court of Appeals - District of Columbia | 8/31/2017 | 1016277 |
| US Court of Appeals for the 1st Circuit | 7/24/2018 | N/A |
| US Court of Appeals for the 9th Circuit | 2/23/2018 | N/A |
| US District Court for the District of Columbia | 9/11/2017 | 1016277 |
| New York State Bar | 1/24/2013 | 859286 |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

2                                                    Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7.    That Petitioner is a member of good standing in the following Bar Associations.

District of Columbia Bar Association and New York State Bar Association.

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 9/24/2021 | 2:21-cv-01676 | USDC-District of Nevada | Granted |
| 7/14/2023 | 2:22-cv-01395 | USDC-District of Nevada | Granted |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  |  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4  *Christen Price*

STATE OF ~~District of Columbia~~ Texas                )     Petitioner's signature

5  )

COUNTY OF _____Denton_____     )

6

7  _____Christen Price_____ , Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

*Christen Price*

9  Petitioner's signature

10  Subscribed and sworn to before me this

11  Gloria Faustin

1st _____ day of _____july_____ , 2024

12  ID NUMBER
134786606
COMMISSION EXPIRES
March 5, 2028

13  *Gloria Faustin*

Notary Public or Clerk of Court

14  Electronically signed and notarized online using the Proof platform.

15

16  **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

17  Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18  believes it to be in the best interests of the client(s) to designate _____Jason D. Guinasso_____ ,

19  (name of local counsel)

Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20  above-entitled Court as associate resident counsel in this action. The address and email address of

21  said designated Nevada counsel is:

22

23  _____5371 Kietzke Lane_____ ,

(street address)

24  _____Reno_____ , _____Nevada_____ , _____89511_____

25  (city)                (state)                (zip code)

26  _____(775) 853-8746_____ ,     _____guinassolaw@gmail.com_____ .

(area code + telephone number)          (Email address)

27

28  4

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Jason Guinasso_____as
                                                    (name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*Jane Doe*
_____
(party name)
*Jane Doe*  , Plaintiff
_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature
#8478_____     guinassolaw@gmail.com
Bar number              Email address

APPROVED:

Dated: this _25th_ day of _July_ _____, 20_24_ .

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Christen Michelle Price

was duly qualified and admitted on September 6, 2013 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on April 24, 2024.**

*JULIO A. CASTILLO*
*Clerk of the Court*

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*



*Appellate Division of the Supreme Court*
*of the State of New York*
*Third Judicial Department*

———————

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Christen Michelle Price

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 24, 2013,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on May 29, 2024.

*Clerk of the Court*

CertID-00176900