Jason D. Guinasso (SBN# 8478)
5371 Kietzke Lane
Reno, NV 89511
775.853.8746
*guinassolaw@gmail.com*

Benjamin W. Bull*
Peter A. Gentala *(admitted pro hac vice)*
Dani Bianculli Pinter*
Christen M. Price *(admitted pro hac vice)*
Victoria Hirsch *(admitted pro hac vice)*
NATIONAL CENTER ON SEXUAL EXPLOITATION
1201 F Street NW, Suite 200
Washington, DC 20004
202.393.7245
*lawcenter@ncose.com*

* *Pro Hac Vice applications forthcoming*
Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEPH LOMBARDO, Governor of Nevada, in his official capacity; AARON FORD, Attorney General of Nevada, in his official capacity; NYE COUNTY; ELKO COUNTY; STOREY COUNTY; WESTERN BEST, INC., D/B/A CHICKEN RANCH; WESTERN BEST, LLC; DESERT ROSE CLUB, LLC; HACIENDA ROOMING HOUSE, INC. D/B/A BELLA'S HACIENDA RANCH; MUSTANG RANCH PRODUCTIONS, LLC D/B/A MUSTANG RANCH LOUNGE, LLC; LEONARD 'LANCE' GILMAN, in his official capacity; and LEONARD 'LANCE' GILMAN, in his individual capacity,<br><br>    Defendants. | Case No.: 3:24-cv-00065-MMD-CSD<br><br>**DECLARATION OF CHRISTEN M. PRICE IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST HACIENDA ROOMING HOUSE, INC., D/B/A BELLA'S HACIENDA RANCH** |

1

The undersigned, Christen M. Price, Esq., declares under penalty of perjury that the following assertions are true and correct:

1. I am a resident of the District of Columbia, Washington, and am over 18 years old. I am a lawyer in good standing licensed to practice law in the District of Columbia, Washington, and have been admitted by *pro hac vice* to practice in the State of Nevada relative to this particular case.

2. I am a senior attorney with the National Center on Sexual Exploitation, which represents Jane Doe in this matter.

3. I have personal knowledge of the facts set forth in this declaration.

4. On February 8, 2024, Plaintiff filed her initial complaint and summons.

5. On April 9, 2024, Defendant Hacienda Rooming House, Inc., d/b/a Bella's Hacienda Ranch was served with the Complaint.

6. A responsive pleading to the initial complaint was due to be filed on or before April 30, 2024. No responsive pleading was filed.

7. More than twenty-one (21) days, exclusive of the day of service of the complaint have expired since service on Defendant Hacienda Rooming House, Inc., d/b/a Bella's Hacienda Ranch.

8. Defendant Hacienda Rooming House, Inc., d/b/a Bella's Hacienda Ranch did not request an extension of time to respond.

9. As of today's date, Defendant Hacienda Rooming House, Inc., d/b/a Bella's Hacienda Ranch has failed to answer, defend, or otherwise plead in the matter.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 29, 2024                          */s/ Christen M. Price*
                                                Christen M. Price
                                                *Admitted by pro hac vice*
                                                *Attorney for Plaintiff*

**ELECTRONIC CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that on this 29th day of August, 2024, a true and correct copy of the foregoing **DECLARATION OF CHRISTEN M. PRICE IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST HACIENDA ROOMING HOUSE, INC., D/B/A BELLA'S HACIENDA RANCH** was electronically filed with the United States District Court. Electronic service of the foregoing document shall be made in accordance with the Master Service List.

*/s/ Jennifer Johnson*

## **CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that on this 29th day of August, 2024, a true and correct copy of the foregoing **DECLARATION OF CHRISTEN M. PRICE IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST HACIENDA ROOMING HOUSE, INC., D/B/A BELLA'S HACIENDA RANCH** was sent via first class mail, postage prepaid, to Defendant Hacienda Rooming House, Inc., d/b/a Bella's Hacienda Ranch, Attn: Registered Agent, Bella Shauna Cummins, 623 8th Street, Wells, NV 89835.

*/s/ Jennifer Johnson*