# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JANE DOE,

    Plaintiff(s),

vs.

JOSEPH LOMBARDO, Governor of Nevada, in his official capacity; et al,

    Defendant(s).

Case #3:24-cv-00065-MMD-CLB

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Danielle Bianculli Pinter_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____National Center on Sexual Exploitation_____
(firm name)

with offices at _____1201 F Street NW, Suite 200_____,
(street address)

_____Washington_____, _____District of Columbia_____, _____20004_____,
(city) (state) (zip code)

_____(202) 393-7245_____, _____dpinter@ncoselaw.org_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Jane Doe_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since November 22, 2015 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Florida (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court-Northern District of Florida | 1/23/2020 | #120441 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Florida Bar Association.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 9/24/2021 | 2:21-cv-01676 | USDC-Nevada | Granted |
| 3/10/2023 | 2:22-cv-01395 | USDC-Nevada | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

STATE OF Texas ~~Florida~~ JM )
)
COUNTY OF Dallas )

_Danielle Bianculli Pinter_
Petitioner's signature

Danielle Bianculli Pinter, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_Danielle Bianculli Pinter_
Petitioner's signature

Subscribed and sworn to before me this

9th day of July , 2024 by Danielle Bianculli Pinter

_Ariel Murchison_
Notary Public or Clerk of Court

Notary Public, State of Texas   11/23/2024

Electronically signed and notarized online using the Proof platform

Ariel Murchison
ID NUMBER
132795705
COMMISSION EXPIRES
November 23, 2024

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Jason Guinasso____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

5371 Kietzke Lane
(street address)

Reno , Nevada , 89511
(city) (state) (zip code)

(775) 853-8746 , guinassolaw@gmail.com
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Jason Guinasso_____ as
                                        (name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*Jane Doe*
(party's signature)

Jane Doe
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*[signature]*
Designated Resident Nevada Counsel's signature

#8478                guinassolaw@gmail.com
Bar number           Email address

APPROVED:

Dated: this ____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle  
Executive Director

850/561-5600  
www.FLORIDABAR.org

State of Florida   )

County of Leon    )        In Re:  0120441  
Danielle Marie Bianculli  
National Center on Sexual Exploitation  
1201 F St NW Ste 200  
Washington, DC 20004-1221

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **November 22, 2015**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  12th  day of **April, 2024**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO  
Administration Division  
The Florida Bar

PG:R10  
CTM-278905

