John Neil Stephenson (SBN 12497)
STEPHENSON LAW, PLLC
1770 Verdi Vista Court
Reno, Nevada 89523
T: 510-502-2347
E: johnstephensonlaw@gmail.com
W: stephensonfirm.com
*Counsel for Defendant Hacienda Rooming House, Inc.
dba Bella's Hacienda Ranch*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA (RENO)

| | |
|---|---|
| **JANE DOE;** | Case No. 3:24-cv-00065-MMD-CSD |
| **Plaintiff,** | **DECLARATION OF BELLA SHAUNA CUMMINS IN SUPPORT OF DEFENDANT HACIENDA ROOMING HOUSE, INC. D/B/A BELLA'S HACIENDA RANCH'S RESPONSE TO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT [#113]** |
| v. | |
| **JOSEPH LOMBARDO, Governor of Nevada, in his official capacity; AARON FORD, Attorney General of Nevada, in his official capacity; NYE COUNTY; ELKO COUNTY; STOREY COUNTY; WESTERN BEST, INC. D/B/A CHICKEN RANCH; WESTERN BEST, LLC; DESERT ROSE CLUB, LLC; HACIENDA ROOMING HOUSE, INC. D/B/A BELLA'S HACIENDA RANCH; MUSTANG RANCH PRODUCTIONS, LLC d/b/a MUSTANG RANCH LOUNGE, LLC; LEONARD "LANCE" GILMAN, in his official capacity; and LEONARD "LANCE" GILMAN, in his individual capacity,** | |
| **Defendants.** | |

*///*

*///*

*///*

1

**DECLARATION**

I, Bella Shauna Cummins hereby swear, under penalty of perjury, that the matters set forth in this Declaration are true and accurate to the best of my knowledge and belief:

1. I am the owner of Defendant Hacienda Rooming House, Inc. d/b/a Bella's Hacienda Ranch ("Bellas"), am over the age of eighteen years old, and have never been convicted of a felony or a crime involving dishonesty.

2. My declaration is provided in support of DEFENDANT HACIENDA ROOMING HOUSE, INC. D/B/A BELLA'S HACIENDA RANCH'S RESPONSE TO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT [#113]

3. Letrice Torres is a bartender at Bellas and does not have authority to accept service on its behalf.

4. I am the registered agent for Bellas, as shown on the Nevada Secretary of State's website. Exhibit 1. I, alone, have authority to accept service on its behalf.

5. I have not been served with the Summons or Complaint in this matter.

Executed on September 16, 2024 at Wells, Nevada

        Hacienda Rooming House, Inc. d/b/a Bella's
        Hacienda Ranch

        *Bella S. Cummins*
        ―――――――――――――――――
        By: Bella Shauna Cummins
        Its: Owner

2

**EXHIBIT 1**

## Entity Information

### Entity Information

**Entity Name:**

HACIENDA ROOMING HOUSE, INC.

**Entity Number:**

C1420-1982

**Entity Type:**

Domestic Corporation (78)

**Entity Status:**

Active

**Formation Date:**

03/10/1982

**NV Business ID:**

NV19821002409

**Termination Date:**

**Annual Report Due Date:**

3/31/2025

**Compliance Hold:**

### Registered AGENT INFORMATION

**Name of Individual or Legal Entity:**

BELLA SHAUNA CUMMINS

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Non-Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

**Jurisdiction:**

**Street Address:**

000 E MOUNTAIN VIEW DR, LAMOILLE, NV, 89828, USA

**Mailing Address:**

PO BOX 281708, LAMOILLE, NV, 89828

## OFFICER INFORMATION

☐ View Historical Data

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| President | BELLA SHAUNA CUMMINS | Po Box 550, Wells, NV, 89835, USA | 01/05/2022 | Active |
| Secretary | LANCE L CUMMINS | Po Box 550, Wells, NV, 89835, USA | 01/05/2022 | Active |
| Treasurer | SHAUNIA THORNAL | PO BOX 208, Wells, NV, 89835, USA | 03/09/2021 | Active |

Page 1 of 1, records 1 to 3 of 3

## CURRENT SHARES

| Class/Series | Type | Share Number | Value |
|---|---|---|---|
|  | Authorized | 125,000 | 1.000000000000 |

Page 1 of 1, records 1 to 1 of 1

Number of No Par Value Shares:

0

Total Authorized Capital:

125,000

Filing History    Name History    Mergers/Conversions

Return to Search    Return to Results