John Neil Stephenson (SBN 12497)
STEPHENSON LAW, PLLC
1770 Verdi Vista Court
Reno, Nevada 89523
T: 510-502-2347
E: johnstephensonlaw@gmail.com
W: stephensonfirm.com
*Counsel for Defendant Hacienda Rooming House, Inc.
dba Bella's Hacienda Ranch*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA (RENO)

| | |
|---|---|
| **JANE DOE;** | Case No. 3:24-cv-00065-MMD-CSD |
| **Plaintiff,** | **DEFENDANT HACIENDA ROOMING HOUSE, INC. D/B/A BELLA'S HACIENDA RANCH'S JOINDER TO BROTHEL DEFENDANTS' RESPONSES [##123, 124] TO PLAINTIFF'S RESPONSE [#115] TO ORDER TO SHOW CAUSE [#112]** |
| v. | |
| **JOSEPH LOMBARDO, Governor of Nevada, in his official capacity; AARON FORD, Attorney General of Nevada, in his official capacity; NYE COUNTY; ELKO COUNTY; STOREY COUNTY; WESTERN BEST, INC. D/B/A CHICKEN RANCH; WESTERN BEST, LLC; DESERT ROSE CLUB, LLC; HACIENDA ROOMING HOUSE, INC. D/B/A BELLA'S HACIENDA RANCH; MUSTANG RANCH PRODUCTIONS, LLC d/b/a MUSTANG RANCH LOUNGE, LLC; LEONARD "LANCE" GILMAN, in his official capacity; and LEONARD "LANCE" GILMAN, in his individual capacity,** | |
| **Defendants.** | |

///

///

///

1

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendant Hacienda Rooming House, Inc. d/b/a Bella's Hacienda Ranch ("Bellas") hereby joins the responses by Defendants Mustang Ranch Productions, LLC and L. Lance Gilman [#123] and Desert Rose Club, LLC [#124].

DATED: September 16, 2024      STEPHENSON LAW, PLLC

*John Neil Stephenson*

By: John Neil Stephenson
Its: Managing Member
*Counsel for Defendant Hacienda Rooming
House, Inc. dba Bella's Hacienda Ranch*

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing, DEFENDANT HACIENDA ROOMING HOUSE, INC. D/B/A BELLA'S HACIENDA RANCH'S JOINDER TO BROTHEL DEFENDANTS' RESPONSES [##123, 124] TO PLAINTIFF'S RESPONSE [#115] TO ORDER TO SHOW CAUSE [#112] by using the CM/ECF system on the date indicated below. To the best of my knowledge and belief, I certify that participants in the case are registered electronic filing system users and will be served via this Court's CM/ECF system.

DATED: September 16, 2024                    STEPHENSON LAW, PLLC

*John Neil Stephenson*

By: John Neil Stephenson
Its: Managing Member
*Counsel for Defendant Hacienda Rooming House, Inc. dba Bella's Hacienda Ranch*