John Neil Stephenson (SBN 12497)
STEPHENSON LAW, PLLC
1770 Verdi Vista Court
Reno, Nevada 89523
T: 510-502-2347
E: johnstephensonlaw@gmail.com
W: stephensonfirm.com
*Counsel for Defendant Hacienda Rooming House, Inc.*
*dba Bella's Hacienda Ranch*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA (RENO)

| | |
|---|---|
| JANE DOE;<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH LOMBARDO, Governor of Nevada, in his official capacity; AARON FORD, Attorney General of Nevada, in his official capacity; NYE COUNTY; ELKO COUNTY; STOREY COUNTY; WESTERN BEST, INC. D/B/A CHICKEN RANCH; WESTERN BEST, LLC; DESERT ROSE CLUB, LLC; HACIENDA ROOMING HOUSE, INC. D/B/A BELLA'S HACIENDA RANCH; MUSTANG RANCH PRODUCTIONS, LLC d/b/a MUSTANG RANCH LOUNGE, LLC; LEONARD "LANCE" GILMAN, in his official capacity; and LEONARD "LANCE" GILMAN, in his individual capacity,<br><br>Defendants. | Case No. 3:24-cv-00065-MMD-CSD<br><br>NOTICE OF UNAVAILABILITY & MOTION FOR A CONTINUANCE OF TIME DURING THIS UNAVAILABILITY ON BEHALF OF DEFENDANT HACIENDA ROOMING HOUSE, INC. D/B/A BELLA'S HACIENDA RANCH |

///

///

///

1

# NOTICE OF UNAVAILABILITY & MOTION FOR A CONTINUANCE OF TIME DURING THIS UNAVAILABILITY ON BEHALF OF DEFENDANT HACIENDA ROOMING HOUSE, INC. D/B/A BELLA'S HACIENDA RANCH

Stephenson Law, PLLC, by and through its managing member, John Neil Stephenson, Esq. hereby gives notice that he is unavailable for all purposes, including phone calls, text messages, emails, filings, ex parte filings, orders and the likes, as he will be out of the country on a pre-planned trip to Japan from **September 21, 2024 to October 12, 2024**.

Defendant Hacienda Rooming House, Inc. dba Bella's Hacienda Ranch hereby moves for a fifteen (15) day continuance of time to respond to any deadline that may arise during this period due to its counsel's unavailability.

DATED: September 16, 2024        STEPHENSON LAW, PLLC

*John Neil Stephenson*
By: John Neil Stephenson
Its: Managing Member
*Counsel for Defendant Hacienda Rooming House, Inc. dba Bella's Hacienda Ranch*

2

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing, NOTICE OF UNAVAILABILITY & MOTION FOR A CONTINUANCE OF TIME DURING THIS UNAVAILABILITY ON BEHALF OF DEFENDANT HACIENDA ROOMING HOUSE, INC. D/B/A BELLA'S HACIENDA RANCH by using the CM/ECF system on the date indicated below. To the best of my knowledge and belief, I certify that participants in the case are registered electronic filing system users and will be served via this Court's CM/ECF system.

DATED: September 16, 2024                STEPHENSON LAW, PLLC

*John Neil Stephenson*

By: John Neil Stephenson
Its: Managing Member
*Counsel for Defendant Hacienda Rooming House, Inc. dba Bella's Hacienda Ranch*