AARON D. FORD
Attorney General
MARNI K. WATKINS (Bar No. 9674)
Chief Litigation Counsel
SABRENA K. CLINTON (Bar No. 6499)
Deputy Attorney General
IVA K. TODOROVA (Bar No. 15827)
Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-3420 (phone)
(702) 486-3768 (fax)
Email: mkwatkins@ag.nv.gov
Email: sclinton@ag.nv.gov
Email: itodorova@ag.nv.gov

*Attorneys for Governor Joseph Lombardo and*
*Attorney General Aaron Ford*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE;<br><br>      Plaintiff,<br><br>vs.<br><br>JOSEPH LOMBARDO, Governor of Nevada in his official capacity; AARON FORD, Attorney General of Nevada in his official capacity; NYE COUNTY; ELKO COUNTY; STOREY COUNTY; WESTERN BEST, INC, D/B/A CHICKEN RANCH; WESTERN BEST, LLC; DESERT ROSE CLUB, LLC; HACIENDA ROOMING HOUSE, INC. D/B/A BELLA'S HACIENDA RANCH; MUSTANG RANCH PRODUCTIONS, LLC D/B/A MUSTANG RANCH LOUNGE, LLC; LEONARD "LANCE" GILMAN in his official capacity; and LEONARD "LANCE" GILMAN, in his individual capacity,<br><br>      Defendant(s). | Case No. 3:24-cv-00065-MMD-CSD<br><br>**JOINDER TO DEFENDANTS NYE, ELKO AND STOREY COUNTIES' MOTION FOR CERTIFICATION AND ENTRY OF FINAL JUDGMENT PURSUANT TO FRCP RULE 54(d)** |

Defendants Governor Joseph Lombardo ("Governor Lombardo") and Attorney General Aaron Ford ("AG Ford"), (collectively, "State Defendants"), by and through their undersigned counsel hereby respectfully join Defendants Nye, Elko and Storey Counties'

(collectively "County Defendants") Motion for Certification and Entry of Final Judgment Pursuant to FRCP Rule 54(d) [ECF 120] filed on September 9, 2024.

More specifically, State Defendants join subsections A and B of section III of County Defendants' Motion. As presented by County Defendants, the District Court Order (ECF No. 112) dismissed the entirety of Plaintiff's claims against County and State Defendants, and therefore, in the event this Honorable Court grants County Defendants' Motion, the Order must afford and incorporate the same relief to State Defendants.

DATED this 16th day of September, 2024.

          AARON FORD
          Attorney General

          By: */s/ Iva K. Todorova*
              Marni K. Watkins (Bar No. 9674)
               Chief Litigation Counsel
              Sabrena K. Clinton (Bar No. 6499)
               Deputy Attorney General
              Iva K. Todorova (Bar No. 15827)
               Senior Deputy Attorney General
            *Attorneys for Governor Joseph Lombardo and Attorney General Aaron Ford*