AARON D. FORD
Attorney General
MARNI K. WATKINS (Bar No. 9674)
Chief Litigation Counsel
SABRENA K. CLINTON (Bar No. 6499)
Deputy Attorney General
IVA K. TODOROVA (Bar No. 15827)
Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-3420 (phone)
(702) 486-3768 (fax)
mkwatkins@ag.nv.gov
sclinton@ag.nv.gov
itodorova@ag.nv.gov

*Attorneys for Governor Joseph Lombardo and*
*Attorney General Aaron Ford*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE;<br><br>　　　Plaintiff,<br><br>vs.<br><br>JOSEPH LOMBARDO, Governor of Nevada in his official capacity; AARON FORD, Attorney General of Nevada in his official capacity; NYE COUNTY; ELKO COUNTY; STOREY COUNTY; WESTERN BEST, INC, D/B/A CHICKEN RANCH; WESTERN BEST, LLC; DESERT ROSE CLUB, LLC; HACIENDA ROOMING HOUSE, INC. D/B/A BELLA'S HACIENDA RANCH; MUSTANG RANCH PRODUCTIONS, LLC D/B/A MUSTANG RANCH LOUNGE, LLC; LEONARD "LANCE" GILMAN in his official capacity; and LEONARD "LANCE" GILMAN, in his individual capacity,<br><br>　　　Defendant(s). | Case No. 3:24-cv-00065-MMD-CSD<br><br>**JOINDER TO DEFENDANTS NYE, ELKO AND STOREY COUNTIES' REPLY IN SUPPORT OF MOTION FOR CERTIFICATION AND ENTRY OF FINAL JUDGMENT PURSUANT TO FRCP RULE 54(d)** |

Defendants Governor Joseph Lombardo ("Governor Lombardo") and Attorney General Aaron Ford ("AG Ford"), (collectively, "State Defendants"), by and through their undersigned counsel hereby respectfully joins Defendants Nye, Elko and Storey Counties'

(collectively "County Defendants") Reply in Support of Motion for Certification and Entry of Final Judgment Pursuant to FRCP Rule 54(d) [ECF 133] as it pertains to Government Defendants.

DATED this 27th day of September, 2024.

AARON FORD
Attorney General

By: /s/ Sabrena K. Clinton
   Marni K. Watkins (Bar No. 9674)
    Chief Litigation Counsel
   Sabrena K. Clinton (Bar No. 6499)
    Deputy Attorney General
   Iva K. Todorova (Bar No. 15827)
    Senior Deputy Attorney General
   1 State of Nevada Way, Suite 100
   Las Vegas, NV 89119
   (702) 486-3420 (phone)
   (702) 486-3768 (fax)
   mkwatkins@ag.nv.gov
   sclinton@ag.nv.gov
   itodorova@ag.nv.gov
   *Attorneys for Governor Joseph Lombardo and Attorney General Aaron Ford*
