1  Jason D. Guinasso (SBN #8478)
   GUINASSO LAW, LTD.
2  5371 Kietzke Lane
3  Reno, NV 89511
   775.853.8746
4  *guinassolaw@gmail.com*

5
   Benjamin W. Bull (*admitted pro hac vice*)
6  Peter A. Gentala (*admitted pro hac vice*)
   Dani Bianculli Pinter (*admitted pro hac vice*)
7  Christen M. Price (*admitted pro hac vice*)
   Victoria Hirsch (*admitted pro hac vice*)
8  NATIONAL CENTER ON SEXUAL
9  EXPLOITATION
   1201 F Street NW, Suite 200
10 Washington, DC 20004
   202.393.7245
11 *lawcenter@ncose.com*

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEPH LOMBARDO, Governor of Nevada, in his official capacity; AARON FORD, Attorney General of Nevada, in his official capacity; NYE COUNTY; ELKO COUNTY; STOREY COUNTY; WESTERN BEST, LLC; DESERT ROSE CLUB, LLC; HACIENDA ROOMING HOUSE, INC. D/B/A BELLA'S HACIENDA RANCH; MUSTANG RANCH PRODUCTIONS, LLC D/B/A MUSTANG RANCH LOUNGE, LLC; LEONARD 'LANCE' GILMAN, in his official capacity; and LEONARD 'LANCE' GILMAN, in his individual capacity,<br><br>    Defendants. | Case No.: 3:24-cv-00065-MMD-CSD<br><br>**PLAINTIFF'S COMBINED MOTION TO STRIKE DEFENDANT HACIENDA ROOMING HOUSE, INC. D/B/A BELLA'S HACIENDA RANCH'S RESPONSE [ECF No. 126] TO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT [ECF No. 113] AND DECLARATION OF BELLA CUMMINS IN SUPPORT THEREOF, AND RESPONSE TO DEFENDANT HACIENDA ROOMING HOUSE, INC. D/B/A BELLA'S HACIENDA RANCH'S NOTICE OF UNAVAILABILITY AND MOTION FOR A CONTINUANCE OF TIME DURING THIS UNAVAILABILITY [ECF No. 129]** |

COMES NOW, Plaintiff Jane Doe (hereinafter "Plaintiff"), by and through her undersigned counsel, hereby brings this Combined Motion to Strike Defendant Hacienda Rooming House, Inc. d/b/a Bella's Hacienda Ranch's (hereinafter "Defendant Bella's") Response [ECF No. 126] to Plaintiff's Request for Entry of Default [ECF No. 113] and Declaration of Bella Cummins in support thereof, and Plaintiff's Response to Defendant Bella's Notice of Unavailability and Motion for a Continuance of Time During this Unavailability [ECF No. 129]. The arguments in support of this Motion are set out in the Memorandum in Support incorporated herein by this reference.

## **MEMORANDUM OF SUPPORT**

### INTRODUCTION

On August 29, 2024, Plaintiff filed her motion requesting entry of default against Defendant Bella's, ECF No. 113. Defendant Bella's had until September 12, 2024, to file a response, but failed to do so. On September 12, 2024, the Clerk properly entered default judgment against Defendant Bella's, ECF No. 122. On September 16, 2024, four days late and without leave of Court, Defendant Bella's filed a Response to Clerk's Entry of Final Judgment, ECF No. 126. Because it is improper and moot, Defendant Bella's Response, ECF No. 126, should be struck from the record.

### ARGUMENT

A response to a motion must be made within 14 days after service of the motion. Fed. Distr. Ct. of Nevada L.R. 7-2(b). Failure of an opposing party to file points and authorities in response to a motion, constitutes a consent to the granting of the motion. Fed. Distr. Ct. of Nevada L.R 7-2(d). Finally, a judge may strike supplemental filings made without leave of court. Fed. Distr. Ct. of Nevada L.R 7-2(g).

Defendant HACIENDA ROOMING HOUSE, INC. D/B/A BELLA'S HACIENDA RANCH, Response to Clerk's Entry of Final Judgment[1], ECF No. 126, was improper because (1) Defendants failed to submit a response to Plaintiff's Request for Clerk's Entry of Judgment of Default within 14 days of being served, and (2) the Clerk had already granted default at the time of Defendant's response.

Defendant HACIENDA ROOMING HOUSE, INC. D/B/A BELLA'S HACIENDA RANCH was served with the motion for entry of default on August 29, 2024, and did not file their response to Plaintiff's Motion for Entry of Judgment, ECF No. 113, until September 16, 2024, four days after Clerk had entered default judgment on September 12, 2024, ECF No. 122. This response was not timely, and an untimely motion by an opposing party constitutes consent to granting of the motion, in this case, Plaintiff's Request for Entry of Judgment, ECF No. 113. Defendant Bella's consented to the entry of default by failing to respond, making Defendant's Response to Entry of Judgment, ECF No. 126, a supplemental brief filed without leave to do so, and this Court should strike it accordingly.

Defendant's response is moot because the request it is opposing has already been granted. Should Defendant Bella's choose instead to move to set aside the Clerk's entry of default, or for some form of reconsideration, Plaintiff Jane Doe will respond substantively to the service of process arguments Defendant raises.

Plaintiff Jane Doe does not oppose Defendant's request for a continuance as to future deadlines, ECF No. 129, so long as it is not interpreted to apply retroactively to the deadlines for

---

[1] In the ECF notification system, Defendant's response is titled as a response to the Clerk's entry, but its actual title and substance are both an opposition to Plaintiff's motion for default.

3

responding to Plaintiff's Complaint, ECF 1 or Plaintiff's Request for Entry of Default, ECF No. 113.

## **CONCLUSION**

For the foregoing reasons, Plaintiff Jane Doe requests that this Court strike Defendant's response in opposition to the motion for entry of default.

Respectfully submitted,

Dated: September 30, 2024

/s/ *Christen M. Price*
Christen M. Price
(*admitted pro hac vice*)
Benjamin W. Bull (*admitted pro hac vice*)
Peter A. Gentala (*admitted pro hac vice*)
Dani Bianculli Pinter (*admitted pro hac vice*)
Victoria Hirsch (*admitted pro hac vice*)
NATIONAL CENTER ON SEXUAL EXPLOITATION

Jason D. Guinasso (SBN #8478)
GUINASSO LAW, LTD.
*Attorneys for Plaintiff*

**ELECTRONIC CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that on this 30th day of September, 2024, a true and correct copy of the foregoing **PLAINTIFF'S COMBINED MOTION TO STRIKE DEFENDANT HACIENDA ROOMING HOUSE, INC. D/B/A BELLA'S HACIENDA RANCH'S RESPONSE [ECF No. 126] TO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT [ECF No. 113] AND DECLARATION OF BELLA CUMMINS IN SUPPORT THEREOF, AND RESPONSE TO DEFENDANT HACIENDA ROOMING HOUSE, INC. D/B/A BELLA'S HACIENDA RANCH'S NOTICE OF UNAVAILABILITY AND MOTION FOR A CONTINUANCE OF TIME DURING THIS UNAVAILABILITY [ECF No. 129]** was electronically filed with the United States District Court. Electronic service of the foregoing document shall be made in accordance with the Master Service List.

*/s/ Jennifer Johnson*