# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JANE DOE,

     Plaintiff

v.

JOSEPH LOMBARDO, et al.,

     Defendants

Case No.: 3:24-cv-00065-MMD-CSD

**Order**

Re: ECF No. 129

     On September 16, 2024, John Stephenson, Esq., counsel for defendant Hacienda Rooming House, Inc. dba Bella's Hacienda Ranch, filed a notice of unavailability and motion for continuance of time during this unavailability. (ECF No. 129.) Mr. Stephenson advises the court that he is unavailable for all purposes between September 21, 2024, and October 12, 2024, as he will be out of the country on a pre-planned trip to Japan. As such, Hacienda Rooming House, Inc. dba Bella's Hacienda Ranch moves for a 15-day continuance of time to respond to any deadline that may arise during this period due to counsel's unavailability.

     There are not currently any motions pending that appear to require a response by this defendant. The court appreciates that Mr. Stephenson is a sole practitioner and that he has a planned vacation, however, it is incumbent upon counsel to monitor proceedings. There is no basis for the court to grant a blanket extension for any filings that may arise while counsel is absent.

1    Therefore, the motion for a blanket extension of 14 days for any obligations to file a

2 response that may arise while counsel is out of the country (ECF No. 129) is **DENIED**.

3

4 **IT IS SO ORDERED**.

5 Dated: September 30, 2024

6 _____

7 Craig S. Denney
United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23