DEANNA L. FORBUSH (6646)
REX D. GARNER (9401)
DANIEL A. MANN (15594)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
dforbush@foxrothschild.com
rgarner@foxrothschild.com
dmann@foxrothschild.com
*Attorneys for Defendants Western Best, Inc.*
*d/b/a Chicken Ranch; Western Best, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH LOMBARDO, Governor of Nevada, in his official capacity; AARON FORD, Attorney General of Nevada, in his official capacity; NYE COUNTY; ELKO COUNTY; STOREY COUNTY; WESTERN BEST, INC. D/B/A CHICKEN RANCH; WESTERN BEST, LLC; DESERT ROSE CLUB, LLC; HACIENDA ROOMING HOUSE, INC. D/B/A BELLA'S HACIENDA RANCH; MUSTANG RANCH PRODUCTIONS, LLC; D/B/A/ MUSTANG RANCH LUNGE, LLC; LEONARD "LANCE" GILMAN, in his official capacity; and LEONARD "LANCE" GILMAN, in his individual capacity,<br><br>    Defendants. | Case No.  3:24-cv-00065-MMD-CSD<br><br>**JOINDER TO DEFENDANTS' MUSTANG RANCH PRODUCTIONS, LLC AND LANCE GILMAN'S RESPONSE TO PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE; DEFENDANT DESERT ROSE CLUB LLC'S RESPONSE TO PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND DEFENDANT HACIENDA ROOMING HOUSE, INC. D/B/A BELLA'S HACIENDA RANCH'S RESPONSE TO PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE** |

163272561.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135

Defendants WESTERN BEST, INC. d/b/a CHICKEN RANCH and WESTERN BEST, LLC (collectively "Western Best Defendants") by and through their counsel of record, Deanna L. Forbush, Esq., Rex D. Garner, Esq., and Daniel A. Mann, Esq. of the law firm Fox Rothschild LLP, hereby respectfully join Defendants' Mustang Ranch Productions, LLC and Lance Gilman's Response to Plaintiff's Response to Order to Show Cause [ECF 123]; Defendant Desert Rose Club LLC's Response to Plaintiff's Response to Order to Show Cause [ECF 124] and Defendant Hacienda Rooming House, Inc. d/b/a Bella's Hacienda Ranch's Response to Plaintiff's Response to Order To Show Cause [ECF 127].

DATED: October 1, 2024

**FOX ROTHSCHILD LLP**

*/s/ Deanna L. Forbush*
DEANNA L. FORBUSH (6649)
REX D. GARNER (9401)
DANIEL A. MANN (15594)
1980 Festival Plaza Drive, Ste. 700
Las Vegas, Nevada 89135
dforbush@foxrothschild.com
*Counsel for Defendants*

163272561.1

# CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of Fox Rothschild LLP and that on the 1st day of October 2024, I caused a copy of the foregoing document entitled **JOINDER TO DEFENDANTS' MUSTANG RANCH PRODUCTIONS, LLC AND LANCE GILMAN'S RESPONSE TO PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE; DEFENDANT DESERT ROSE CLUB LLC'S RESPONSE TO PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND DEFENDANT HACIENDA ROOMING HOUSE, INC. D/B/A BELLA'S HACIENDA RANCH'S RESPONSE TO PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE** to be served via the Court's CM/ECF filing system.

*/s/ Deborah L. Pressley*
An Employee of Fox Rothschild LLP

163272561.1