GUNDERSON LAW FIRM
Courtney G. Sweet, Esq.
Nevada State Bar No. 10775
csweet@gundersonlaw.com
3895 Warren Way
Reno, Nevada 89509
Telephone: (775) 829-1222
*Attorney for Mustang Ranch Productions, LLC
and L. Lance Gilman in his individual capacity*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE;<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH LOMBARDO, Governor of Nevada, in his official capacity; AARON FORD, Attorney General of Nevada, in his official capacity; NYE COUNTY; ELKO COUNTY; STOREY COUNTY; WESTERN BEST, INC. D/B/A CHICKEN RANCH; WESTERN BEST, LLC; DESERT ROSE CLUB, LLC; HACIENDA ROOMING HOUSE, INC. D/B/A BELLA'S HACIENDA RANCH; MUSTANG RANCH PRODUCTIONS, LLC D/B/A MUSTANG RANCH LOUNGE, LLC; LEONARD "LANCE" GILMAN, in his official capacity; and LEONARD "LANCE" GILMAN, in his individual capacity,<br><br>Defendants.<br>_____ / | Case No.: 3:24-cv-00065-MMD-CLB<br><br>**DEFENDANTS MUSTANG RANCH PRODUCTIONS, LLC d/b/a MUSTANG RANCH LOUNGE, LLC AND L. LANCE GILMAN'S JOINDER TO DEFENDANTS WESTERN BEST, INC d/b/a CHICKEN RANCH; and WESTERN BEST, LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION [ECF NO. 145]** |

COME NOW Defendants MUSTANG RANCH PRODUCTIONS, LLC d/b/a MUSTANG RANCH LOUNGE, LLC and L. LANCE GILMAN, in his individual capacity, (together, the "Mustang Defendants"), by and through their counsel of record Courtney G. Sweet, Esq. of Gunderson Law Firm, file this Joinder to Defendants WESTERN BEST, INC d/b/a CHICKEN RANCH; and WESTERN BEST, LLC'S *Opposition To Plaintiff's Motion For Reconsideration*

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89511
(775) 829-1222

1

[ECF No. 145] (ECF 149).

DATED this 14 day of November, 2024.

GUNDERSON LAW FIRM

By: /s/ Courtney Sweet
Courtney G. Sweet, Esq.
Nevada State Bar No. 10775
*Attorney for Mustang Ranch Productions, LLC and L. Lance Gilman in his individual capacity*

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89511
(775) 829-1222

# CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of the law office of Gunderson Law Firm, and that on the __14__ day of November, 2024, I electronically filed a true and correct copy of the **DEFENDANTS MUSTANG RANCH PRODUCTIONS, LLC d/b/a MUSTANG RANCH LOUNGE, LLC AND L. LANCE GILMAN'S JOINDER TO DEFENDANTS WESTERN BEST, INC d/b/a CHICKEN RANCH; and WESTERN BEST, LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION [ECF NO. 145]**, with the Clerk of the Court by using the electronic filing system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Jason D. Guinasso, Esq.<br>5371 Kietzke Lane<br>Reno, Nevada 89511<br>775.853.8746<br>guinassolaw@gmail.com<br>*Attorney for Plaintiff* | Brent L. Ryman, Esq.<br>Paul M. Bertone, Esq.<br>ERICKSON, THORPE, & SWAINSTON, LTD.<br>1885 South Arlington Ave. Suite 205<br>Reno, Nevada 89509<br>775.786.3930<br>*Attorneys for Defendants<br>Nye, Elko, and Storey Counties* |
| Aaron D. Ford<br>Attorney General<br>Marni K. Watkins, Esq.<br>Chief Litigation Counsel<br>Sabrena K. Clinton, Esq.<br>Deputy Attorney General<br>Iva K. Todorova, Esq.<br>Senior Deputy Attorney General<br>State of Nevada<br>Office of the Attorney General<br>1 State of Nevada Way, Suite 100<br>Las Vegas, Nevada 89119<br>mkwatkins@ag.nv.gov<br>sclinton@ag.nv.gov<br>itodorova@ag.nv.gov<br>*Attorneys for Governor Joseph Lombardo<br>and Attorney General Aaron Ford* | THE O'MARA LAW FIRM, P.C.<br>David C. O'Mara, Esq.<br>311 East Liberty St.<br>Reno, NV 89501<br>775.323.1321<br>david@omaralaw.net<br>*Attorney for Desert Rose Club, LLC* |

*CONTINUED ON NEXT PAGE*

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89511
(775) 829-1222

3

| | |
|---|---|
| Deanna L. Forbush, Esq.<br>FOX ROTHSCHILD LLP<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, Nevada 89135<br>Telephone: (702) 262-6899<br>Facsimile: (702) 597-5503<br>dforbush@foxrothschild.com<br>rgarner@foxrothschild.com<br>dmann@foxrothschild.com<br>*Attorneys for Defendants Western Best, Inc.*<br>*d/b/a Chicken Ranch; Western Best, LLC* | Benjamin W. Bull<br>Peter A. Gentala<br>Christen M. Price<br>NATIONAL CENTER ON SEXUAL<br>EXPLOITATION<br>1201 F Street, NW Suite 200<br>Washington, DC 20004<br>202.393.7245<br>*lawcenter@ncose.com*<br>*Pro Hac Vice Pending* |
| Dani Bianculli Pinter, Esq.<br>Victoria Hirsch, Esq.<br>NATIONAL CENTER ON SEXUAL<br>EXPLOITATION<br>1201 F Street, NW Suite 200<br>Washington, DC 20004<br>202.393.7245<br>*lawcenter@ncose.com*<br>*Pro Hac Vice Pending* | John Neil Stephenson, Esq.<br>STEPHENSON LAW, PLLC<br>1770 Verdi Vista Court<br>Reno, Nevada 89523<br>Tel: 510-502-2347<br>johnstephensonlaw@gmail.com<br>*Attorney for Hacienda Rooming House Inc.*<br>*dba Bella's Hacienda Ranch* |

*/s/ Cinnamon Konieczka*
Cinnamon Konieczka

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89511
(775) 829-1222

4