John Neil Stephenson (SBN 12497)
STEPHENSON LAW, PLLC
1770 Verdi Vista Court
Reno, Nevada 89523
T: 510-502-2347
E: johnstephensonlaw@gmail.com
W: stephensonfirm.com
*Counsel for Defendant Hacienda Rooming House, Inc.
dba Bella's Hacienda Ranch*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA (RENO)

| | |
|---|---|
| JANE DOE;<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH LOMBARDO, Governor of Nevada, in his official capacity; AARON FORD, Attorney General of Nevada, in his official capacity; NYE COUNTY; ELKO COUNTY; STOREY COUNTY; WESTERN BEST, INC. D/B/A CHICKEN RANCH; WESTERN BEST, LLC; DESERT ROSE CLUB, LLC; HACIENDA ROOMING HOUSE, INC. D/B/A BELLA'S HACIENDA RANCH; MUSTANG RANCH PRODUCTIONS, LLC d/b/a MUSTANG RANCH LOUNGE, LLC; LEONARD "LANCE" GILMAN, in his official capacity; and LEONARD "LANCE" GILMAN, in his individual capacity,<br><br>Defendants. | Case No. 3:24-cv-00065-MMD-CSD<br><br>DEFENDANT HACIENDA ROOMING HOUSE, INC. D/B/A BELLA'S HACIENDA RANCH'S JOINDER TO DEFENDANTS WESTERN BEST, INC. D/B/A CHICKEN RANCH; WESTERN BEST, LLC'S OPPOSITION [#149] TO PLAINTIFF'S MOTION FOR RECONSIDERTION [#145] |

///

///

///

1

## JOINDER

Defendant Hacienda Rooming House, Inc. d/b/a Bella's Hacienda Ranch ("Bellas") hereby joins the opposition by Defendants Western Best, Inc. d/b/a Chicken Ranch and Western Best, LLC [#149] to Plaintiff's motion for reconsideration [#145].

DATED: November 14, 2024         STEPHENSON LAW, PLLC

*John Neil Stephenson*

By: John Neil Stephenson
Its: Managing Member
*Counsel for Defendant Hacienda Rooming House, Inc. dba Bella's Hacienda Ranch*

2

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing, DEFENDANT HACIENDA ROOMING HOUSE, INC. D/B/A BELLA'S HACIENDA RANCH'S JOINDER TO DEFENDANTS WESTERN BEST, INC. D/B/A CHICKEN RANCH; WESTERN BEST, LLC'S OPPOSITION [#149] TO PLAINTIFF'S MOTION FOR RECONSIDERTION [#145] by using the CM/ECF system on the date indicated below.  To the best of my knowledge and belief, I certify that participants in the case are registered electronic filing system users and will be served via this Court's CM/ECF system.

DATED: November 14, 2024				STEPHENSON LAW, PLLC

*John Neil Stephenson*
By: John Neil Stephenson
Its: Managing Member
*Counsel for Defendant Hacienda Rooming House, Inc. dba Bella's Hacienda Ranch*