1  THE O'MARA LAW FIRM, P.C.
   DAVID C. O'MARA, ESQ. (NEVADA BAR NO. 8599)
2  311 East Liberty St.
   Reno, Nevada 89501
3  775-323-1321
   775-323-4082 (fax)
4  david@omaralaw.net

5  *Attorney for Desert Rose Club, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE;<br><br>        Plaintiffs,<br><br>v.<br><br>JOSEPH LOMBARDO, Governor of Nevada, in his official capacity; AARON FORD, Attorney General of Nevada, in his official capacity; NYE COUNTY; ELKO COUNTY; STOREY COUNTY; WESTERN BEST, INC. D/B/A CHICKEN RANCH; WESTERN BEST, LLC; DESERT ROSE CLUB, LLC; HACIENDA ROOMING HOUSE, INC. D/B/A BELLA'S HACIENDA RANCH; MUSTANG RANCH PRODUCTIONS, LLC D/B/A MUSTANG RANCH LOUNGE, LLC' LEONARD "LANCE" GILMAN, in his official capacity; and LEONARD "LANCE" GILMAN, in his individual capacity.<br><br>        Defendants. | Case No. 3:24-cv-00065-MMD-CLB<br><br>**DEFENDANT DESERT ROSE CLUB, LLC's JOINDER TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDRATION (ECF No. 145)** |

1  Defendant, Desert Rose Club, LLC, by and through their counsel, David C. O'Mara, Esq.,
2  and The O'Mara Law Firm, P.C. hereby file this immediate Joinder to ECF No. 149 Defendants'
3  Opposition to Plaintiff's Motion for Reconsideration (ECF No. 145) filed November 14, 2024.

4  Dated: November 14, 2024                    THE O'MARA LAW FIRM, P.C.

    /s/ David C. O'Mara, Esq.
    DAVID C. O'MARA, ESQ.
    311 E. Liberty St
    Reno, NV 89501
    775.323.1321
    david@omaralaw.net

# CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2024, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the email addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List. The following parties were served via US Mail:

NATIONAL CENTER ON SEXUAL EXPLOITATION
Dani Binaculli Pintar
Victoria Hirsch
1201 F. Street, NW Ste 200
Washington, DC 20002

*Pro Hac Vice attorneys for Plaintiff*

Dated: November 14, 2024          /s/ Bryan Snyder
                                  BRYAN SNYDER