AO450 (NVD Rev. 7/31/24)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Jane Doe

        Plaintiff,

v.

Lombardo et al

        Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 3:24-cv-00065-MMD-CSD

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Proposed Intervenor Russell Greer's motion to intervene (ECF No. 109) is denied.
IT IS FURTHER ORDERED that the motions relating to Greer's motion to intervene (ECF Nos. 139, 143, 147, 148) are denied as moot.
IT IS FURTHER ORDERED that the Clerk of Court is further directed to strike Greer's affidavit (ECF No. 157).
IT IS FURTHER ORDERED that County Defendants' motion for certification of final judgment (ECF No. 120) is granted as to all Government Defendants, including Defendant Gilman in his official capacity.
IT IS FURTHER ORDERED that judgment is hereby entered in favor of defendants, State Defendants, County Defendants, and Defendant Lance Gilman only his official capacity as Storey County Commissioner against plaintiff Jane Doe.

2/21/2025
Date

DEBRA K. KEMPI
Clerk

/s/ GA
Deputy Clerk