# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** _____

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: _____

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: _____

Date of judgment or order you are appealing: _____

Docket entry number of judgment or order you are appealing: _____

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
○ Yes    ○ No    ○ IFP was granted by U.S. District Court

---

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

_____

Is this a cross-appeal?   ○ Yes    ○ No
If yes, what is the first appeal case number? _____
Was there a previous appeal in this case?   ○ Yes    ○ No
If yes, what is the prior appeal case number? _____

Your mailing address (if pro se):

_____

_____

City: _____    State: _____    Zip Code: _____

Prisoner Inmate or A Number (if applicable): _____

**Signature** _____    **Date** _____

*Complete and file with the attached representation statement in the U.S. District Court*
Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 1                                                              Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Name(s) of counsel (if any):

Address: 1201 F St. NW, Ste. 200, Washington, DC 20004

Telephone number(s):

Email(s): jason@guinassolaw.com; cprice@ncoselaw.org; bbull@ncose.com; dpinter@ncoselaw.org; vhirsch@ncoselaw.org

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

---

**Form 6**                                              1                                      *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):  ; dmann@foxrothschild.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Desert Rose Club, LLC

Name(s) of counsel (if any):

David C. O'Mara
The O'Mara Law Firm, P.C.

Address: 311 East Liberty St., Reno, NV 89501

Telephone number(s): (775) 323-1321

Email(s): david@omaralaw.net

Name(s) of party/parties:

Hacienda Rooming House, Inc., d/b/a Bella's Hacienda Ranch

Name(s) of counsel (if any):

John Neil Stephenson
Stephenson Law, PLLC

Address: 1770 Verdi Vista Court, Reno, NV 89523

Telephone number(s): (510) 502-2347

Email(s): johnstephensonlaw@gmail.com

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 6**                               2                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:
Joseph Lombardo, Governor of Nevada, in his official capacity
Ccton Ford, Attorney General of Nevada, in his official capacity

Name(s) of counsel (if any):
Marni K. Watkins, Sabrena K. Clinton, Iva K. Todorova
State of Nevada, Office of Attorney General

Address: 555 E. Washington Ave., Suite 3900, Las Vegas, NV 89101

Telephone number(s): (702) 486-3420

Email(s): mkwatkins@ag.nv.gov; sclinton@ag.nv.gov; itodorova@ag.nv.gov

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                   2                         *New 12/01/2018*