1  AARON D. FORD
    Attorney General
2  Sabrena K. Clinton (Bar No. 6499)
    Senior Deputy Attorney General
3  Iva K. Todorova (Bar No. 15827)
    Senior Deputy Attorney General
4  State of Nevada
   Office of the Attorney General
5  1 State of Nevada Way, Suite 100
   Las Vegas, NV 89119
6  (702) 486-3420 (phone)
   (702) 486-3773 (fax)
7  sclinton@ag.nv.gov
   itodorova@ag.nv.gov
8
   *Attorneys for Governor Joseph Lombardo and*
9  *Attorney General Aaron Ford*

10              **UNITED STATES DISTRICT COURT**

11                 **DISTRICT OF NEVADA**

12  JANE DOE;                              | Case No. 3:24-cv-00065-MMD-CLB

13        Plaintiff,

14  vs.                                    | **NOTICE OF DISASSOCIATION OF COUNSEL AND REMOVAL FROM CM/ECF**

15  JOSEPH LOMBARDO, Governor of
    Nevada in his official capacity; AARON
16  FORD, Attorney General of Nevad in his
    official capacity; NYE COUNTY; ELKO
17  COUNTY; STOREY COUNTY; WESTERN
    BEST, INC, D/B/A CHICKEN RANCH;
18  WESTERN BEST, LLC; DESERT ROSE
    CLUB, LLC; HACIENDA ROOMING
19  HOUSE, INC. D/B/A BELLA'S
    HACIENDA RANCH; MUSTANG RANCH
20  PRODUCTIONS, LLC D/B/A MUSTANG
    RANCH LOUNGE, LLC; LEONARD
21  "LANCE" GILMAN in his official capacity;
    and LEONARD "LANCE" GILMAN, in his
22  individual capacity,

23        Defendant(s).

24         Defendants Joe Lombardo, Governor of Nevada in his official capacity, and Aaron

25  Ford, Attorney General of Nevada in his official capacity (collectively "State Defendants"),

26  by and through counsel, hereby notify the Court and parties that Chief Litigation Counsel

27  Marni Rubin Watkins ("Watkins") is no longer an employee of the Nevada Attorney

28  General's Office and therefore is no longer an attorney of record for State Defendants. State

1  Defendants request that Watkins be removed from the Court's docket and service list

2  pertaining to this case.

3       Senior Deputy Attorney General Sabrena K. Clinton and Senior Deputy Attorney

4  General Iva K. Todorova will continue to represent State Defendants in this matter.

5       DATED this 9th day of April, 2025.

6                                AARON D. FORD
                              Attorney General

7

8                            By: */s/Sabrena K. Clinton*
                              Sabrena K. Clinton (Bar No. 6499)

9                               Senior Deputy Attorney General
                              Iva K. Todorova (Bar No. 15827)

10                               Senior Deputy Attorney General
                              1 State of Nevada Way, Suite 100

11                               Las Vegas, NV 89119
                              (702) 486-3420 (phone)

12                               (702) 486-3773 (fax)
                              sclinton@ag.nv.gov (email)

13                               itodorova@ag.nv.gov

14                               *Attorneys for Governor Joseph Lombardo and*
                              *Attorney General Aaron Ford*

15

16

17

18

19

20

21

22

23

24

25

26

27

28