AARON D. FORD
 Attorney General
Sabrena K. Clinton (Bar No. 6499)
 Senior Deputy Attorney General
Iva K. Todorova (Bar No. 15827)
 Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
(702) 486-3420 (phone)
(702) 486-3773 (fax)
sclinton@ag.nv.gov
itodorova@ag.nv.gov

*Attorneys for Governor Joseph Lombardo and*
*Attorney General Aaron Ford*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE;<br><br>            Plaintiff,<br><br>vs.<br><br>JOSEPH LOMBARDO, Governor of Nevada in his official capacity; AARON FORD, Attorney General of Nevad in his official capacity; NYE COUNTY; ELKO COUNTY; STOREY COUNTY; WESTERN BEST, INC, D/B/A CHICKEN RANCH; WESTERN BEST, LLC; DESERT ROSE CLUB, LLC; HACIENDA ROOMING HOUSE, INC. D/B/A BELLA'S HACIENDA RANCH; MUSTANG RANCH PRODUCTIONS, LLC D/B/A MUSTANG RANCH LOUNGE, LLC; LEONARD "LANCE" GILMAN in his official capacity; and LEONARD "LANCE" GILMAN, in his individual capacity,<br><br>            Defendant(s). | Case No. 3:24-cv-00065-MMD-CLB<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL AND REMOVAL FROM CM/ECF** |

Defendants Joe Lombardo, Governor of Nevada in his official capacity, and Aaron Ford, Attorney General of Nevada in his official capacity (collectively "State Defendants"), by and through counsel, hereby notify the Court and parties that Chief Litigation Counsel Marni Rubin Watkins ("Watkins") is no longer an employee of the Nevada Attorney General's Office and therefore is no longer an attorney of record for State Defendants. State

Defendants request that Watkins be removed from the Court's docket and service list pertaining to this case.

Senior Deputy Attorney General Sabrena K. Clinton and Senior Deputy Attorney General Iva K. Todorova will continue to represent State Defendants in this matter.

DATED this 9th day of April, 2025.

>AARON D. FORD
>Attorney General
>
>By: */s/Sabrena K. Clinton*
>   Sabrena K. Clinton (Bar No. 6499)
>    Senior Deputy Attorney General
>   Iva K. Todorova (Bar No. 15827)
>    Senior Deputy Attorney General
>   1 State of Nevada Way, Suite 100
>   Las Vegas, NV 89119
>   (702) 486-3420 (phone)
>   (702) 486-3773 (fax)
>   sclinton@ag.nv.gov (email)
>   itodorova@ag.nv.gov
>
>   *Attorneys for Governor Joseph Lombardo and Attorney General Aaron Ford*

IT IS SO ORDERED.

DATED: April 10, 2025.

_____
Craig S. Denney
United States Magistrate Judge