DEANNA L. FORBUSH (6646)
REX D. GARNER (9401)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
dforbush@foxrothschild.com
rgarner@foxrothschild.com
*Attorneys for Defendants Western Best, Inc.
d/b/a Chicken Ranch; Western Best, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JANE DOE,<br><br>  Plaintiff,<br><br>v.<br><br>JOSEPH LOMBARDO, Governor of Nevada, in his official capacity; AARON FORD, Attorney General of Nevada, in his official capacity; NYE COUNTY; ELKO COUNTY; STOREY COUNTY; WESTERN BEST, INC. D/B/A CHICKEN RANCH; WESTERN BEST, LLC; DESERT ROSE CLUB, LLC; HACIENDA ROOMING HOUSE, INC. D/B/A BELLA'S HACIENDA RANCH; MUSTANG RANCH PRODUCTIONS, LLC; D/B/A/ MUSTANG RANCH LUNGE, LLC; LEONARD "LANCE" GILMAN, in his official capacity; and LEONARD "LANCE" GILMAN, in his individual capacity,<br><br>  Defendants. | Case No. 3:24-cv-00065-MMD-CSD<br><br>**NOTICE OF NON-COMPLIANCE WITH COURT ORDER** |

Defendants Western Best, Inc. d/b/a Chicken Ranch and Western Best, LLC (the "Western Best Defendants"), by and through their counsel of record, the law firm of Fox Rothschild LLP, hereby submits this Notice of Non-Compliance with the Court's Order entered on April 4, 2025 (the "Order") [ECF No. 166].

On April 4, 2025, the Court entered an Order denying Plaintiff Jane Doe's ("Plaintiff") Motion for Reconsideration or in the Alternative, for Certification of an Interlocutory Appeal [ECF No. 145]. The Court further ordered that "Plaintiff must file a notice disclosing her identity

171035076.1

for the public docket within 15 days from the date of [the] order if she wishes to proceed with her remaining TVPRA claims as described in the Court's October 18, 2024, order [ECF No. 141]. *If Plaintiff fails to timely file such a notice, the Court will presume she does not wish to disclose her identity and will dismiss the case without prejudice*." (Emphasis added).

As of the date of this filing, Plaintiff has failed to file a notice disclosing her identity thereby demonstrating her unwillingness to proceed with the remaining TVPRA claims.

Therefore, in consideration of the foregoing, Defendants respectfully request that this Court dismiss this action without prejudice.

DATED:  April 23, 2025.

Respectfully submitted,

**FOX ROTHSCHILD LLP**

*/s/ Deanna L. Forbush*
DEANNA L. FORBUSH (6649)
REX D. GARNER (9401)
1980 Festival Plaza Drive, Ste. 700
Las Vegas, Nevada 89135
dforbush@foxrothschild.com
rgarner@foxrothshcild.com
*Defendants Western Best, Inc.*
*d/b/a Chicken Ranch; Western Best, LLC*

2

171035076.1

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, I certify that I am an employee of Fox Rothschild LLP and that on the 23rd day of April, 2025, I served a copy of the foregoing **NOTICE OF NON-COMPLIANCE WITH COURT ORDER** via the Court's CM/ECF filing system.

/s/ Jineen DeAngelis
An Employee of Fox Rothschild LLP

171035076.1