THE O'MARA LAW FIRM, P.C.
DAVID C. O'MARA, ESQ. (NEVADA BAR NO. 8599)
311 East Liberty St.
Reno, Nevada 89501
775-323-1321
775-323-4082 (fax)
david@omaralaw.net

*Attorney for Desert Rose Club, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

|  |  |
|---|---|
| JANE DOE; | Case No. 3:24-cv-00065-MMD-CLB |
| Plaintiffs, | |
| v. | **NOTICE OF NON-COMPLIANCE OF COURT ORDER** |
| JOSEPH LOMBARDO, Governor of Nevada, in his official capacity; AARON FORD, Attorney General of Nevada, in his official capacity; NYE COUNTY; ELKO COUNTY; STOREY COUNTY; WESTERN BEST, INC. D/B/A CHICKEN RANCH; WESTERN BEST, LLC; DESERT ROSE CLUB, LLC; HACIENDA ROOMING HOUSE, INC. D/B/A BELLA'S HACIENDA RANCH; MUSTANG RANCH PRODUCTIONS, LLC D/B/A MUSTANG RANCH LOUNGE, LLC' LEONARD "LANCE" GILMAN, in his official capacity; and LEONARD "LANCE" GILMAN, in his individual capacity. | |
| Defendants. | |

Desert Rose Club, LLC (Desert Rose), by and through its counsel, David C. O'Mara, Esq., of The O'Mara Law Firm, P.C., hereby submits this Notice of Non-Compliance with the Court's Order entered on April 4, 2025 (the "Order") [ECF No. 166].

On April 4, 2025, the Court entered an Order denying Plaintiff Jane Doe's ("Plaintiff") Motion for Reconsideration or in the Alternative, for Certification of an Interlocutory Appeal [ECF No. 145]. The Court further ordered that "Plaintiff must file a notice disclosing her identity for the public docket within 15 days from the date of [the] order if she wishes to proceed with her remaining TVPRA claims as described in the Court's October 18, 2024, order [ECF No. 141]. If Plaintiff fails to timely file such a notice, the Court will presume she does not wish to disclose her identity and will dismiss the case without prejudice."

As of the date of this filing, Plaintiff has failed to file a notice disclosing her identity thereby demonstrating her unwillingness to proceed with the remaining TVPRA claims. Additionally, as of the filing of this notice, the undersigned counsel has not received any communication from Plaintiff disclosing her identity.

Therefore, in consideration of the foregoing, Desert Rose respectfully requests that this Court dismiss this action without prejudice.

Dated: April 24, 2025.                           THE O'MARA LAW FIRM, P.C.


                                                   /s/ David C. O'Mara, Esq.
                                                 DAVID C. O'MARA, ESQ.
                                                 311 E. Liberty St
                                                 Reno, NV 89501
                                                 775.323.1321
                                                 david@omaralaw.net

1

## <u>CERTIFICATE OF SERVICE</u>

2     I hereby certify that on April 24, 2024, I electronically filed the foregoing document using

3  the CM/ECF system which will send notification of such filing to the email addresses registered in

4  the CM/ECF system, as denoted on the Electronic Mail Notice List.

5

6  Dated: April 24, 2025                    /s/ Valerie Weis
                                             VALERIE WEIS
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28