UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JANE DOE,<br><br>　　　　　　　　Plaintiff,<br>　v.<br>JOSEPH LOMBARDO, in his capacity as Governor of the State of Nevada, *et al.*,<br>　　　　　　　　Defendants. | Case No. 3:24-cv-00065-MMD-CSD<br><br>ORDER |

Anonymous Plaintiff "Jane Doe" filed this action to challenge Nevada's system of legalized prostitution. (ECF No. 1 ("Complaint").) Only her damages claims against several Nevada establishments licensed to sell sexual services ("Brothel Defendants")[1] under the Trafficking Victims Protection Reauthorization Act ("TVPRA"), 18 U.S.C. §§ 1591(A)(1)-(2), 1595, remain pending. On April 4, 2025, the Court denied Plaintiff's motion for reconsideration of the Court's previous order (ECF No. 141) denying leave to proceed under a pseudonym. (ECF No. 166 ("April Order").) The Court ordered Plaintiff to file a notice disclosing her identity for the public docket within 15 days from the date of the April Order if she wished to proceed with her remaining TVPRA claims. (*Id.*) The Court further warned that if Plaintiff failed to timely file such a notice, the Court would presume she did not wish to disclose her identity and would dismiss the case without prejudice. (*Id.*)

///

---

[1] Brothel Defendants are Western Best, Inc. d/b/a Chicken Ranch ("Chicken Ranch"); Desert Rose Club, LLC ("Desert Rose Club"); Hacienda Rooming House, Inc. d/b/a Bella's Hacienda Ranch ("Bella's Hacienda Ranch"); Mustang Ranch Productions, LLC d/b/a Mustang Ranch Lounge, LLC ("Mustang Ranch"), and Lance Gilman, owner of Mustang Ranch, in his individual capacity (collectively, "Mustang Ranch Defendants").

1  To date, Plaintiff has not filed a notice on the public docket disclosing her identity.[2]
2  Accordingly, as set out in the April Order, the Court will dismiss this case without
3  prejudice.

4  It is therefore ordered that this action is dismissed without prejudice as to all
5  remaining claims and Defendants.

6  It is further ordered that the Clerk of Court enter judgment in accordance with this
7  order.

8  DATED THIS 25th Day of April 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[2] Defendants Chicken Ranch and Desert Rose Club each filed notices of Plaintiff's non-compliance. (ECF Nos. 169, 170.)