AO450 (NVD Rev. 7/31/24)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Jane Doe

                     Plaintiff,

v.

Lombardo et al

                   Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 3:24-cv-00065-MMD-CSD

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

This action is dismissed without prejudice as to all remaining claims and Defendants.
IT IS FURTHER ORDERED that judgment is hereby entered accordingly and this case is closed.

4/28/2025
Date

DEBRA K. KEMPI
Clerk

/s/ GA
Deputy Clerk