# Exhibit "1"

# Exhibit "1"

GUNDERSON LAW FIRM  
A Professional Law Corporation  
3895 Warren Way  
Reno, Nevada 89509

Invoice submitted to:  
Cash Processing Services, LLC



May 1, 2025  
In Reference To: Doe, Jane

Professional Services

|  |  | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 2/9/2024 | CGS | Review new Guinasso lawsuit; communications with client regarding same | 0.60<br>425.00/hr |  | 255.00 |
| 2/10/2024 | CGS | Ongoing communications with clients regarding Complaint, service, initial response | 0.60<br>425.00/hr |  | 255.00 |
| 2/11/2024 | CGS | Review Complaint; initial research on status of litigation and key issues | 1.90<br>425.00/hr |  | 807.50 |
| 2/12/2024 | CGS | Prepare for, attend call regarding Jane Doe lawsuit and related follow-up | 2.10<br>425.00/hr |  | 892.50 |
| 2/15/2024 | CGS | Research, options for addressing lawsuit. Communications with clients, co-defendants regarding same | 3.70<br>425.00/hr |  | 1,572.50 |
| 2/16/2024 | CGS | Prepare for, attend call with clients regarding next steps and related follow-up | 0.80<br>425.00/hr |  | 340.00 |
| 2/17/2024 | CGS | Research, draft Mtn to Strike | 2.30<br>425.00/hr |  | 977.50 |
| 2/21/2024 | CGS | Review communications from client regarding potential Jane Doe and related follow-up | 0.30<br>425.00/hr |  | 127.50 |
| 2/26/2024 | CGS | Research, draft motion to strike and motion to dismiss | 1.95<br>425.00/hr |  | 827.10 |

Cash Processing Services, LLC                                                                                              Page    2

|  |  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 2/27/2024 - | CGS | Research, draft Motion to Strike | 4.20<br>425.00/hr | | 1,785.00 |
| 2/28/2024 - | CGS | Research, draft, revise motion to strike | 4.60<br>425.00/hr | | 1,955.00 |
| 2/29/2024 - | CGS | Finalize motion to strike; revise, finalize associated filings | 0.40<br>425.00/hr | | 170.00 |
| 3/4/2024 - | CGS | Review Motion to Deny Pro Hac Vice Application; discuss same with clients | 0.40<br>425.00/hr | | 170.00 |
| 3/12/2024 - | CGS | Review Opposition to Motion to Dismiss (pseudonym) and related follow-up | 0.90<br>425.00/hr | | 382.50 |
| 3/15/2024 - | CGS | Review opposition to motion to dismiss; communications with clients, defense counsel regarding same | 0.60<br>425.00/hr | | 255.00 |
| 3/18/2024 - | CGS | Review Opposition to Pro Hac Vice motion and related follow-up | 0.30<br>425.00/hr | | 127.50 |
| - | CGS | Communication with potential counsel for brothel co-defendant and related follow-up | 0.30<br>425.00/hr | | 127.50 |
| 3/19/2024 - | CGS | Review Reply, Motion to Dismiss and related follow-up | 0.40<br>425.00/hr | | 170.00 |
| 3/20/2024 - | CGS | Research, draft reply in support of motion to dismiss | 2.20<br>425.00/hr | | 935.00 |
| 3/21/2024 - | CGS | Research, draft, revise Reply in Support of Motion to Dismiss | 4.60<br>425.00/hr | | 1,955.00 |
| 3/22/2024 - | CGS | Review Reply, Motion to Deny Pro Hac Vice applications and related follow-up | 0.30<br>425.00/hr | | 127.50 |
| 4/1/2024 - | CGS | Review Motion to Dismiss filed by state; preparation of partial joinder regarding same and communication with client regarding same | 0.90<br>425.00/hr | | 382.50 |
| 4/2/2024 - | CGS | Review Motion to Stay Discovery; prepare joinder and update clients regarding same | 0.50<br>425.00/hr | | 212.50 |
| 4/11/2024 - | CGS | Communication with opposing counsel regarding stipulation to extend deadlines, potential writ to United States Supreme Court | 0.30<br>425.00/hr | | 127.50 |
| 4/12/2024 - | CGS | Review Motion to Dismiss filed by Counties (stare decisis; political question) and communication with clients regarding same | 0.30<br>425.00/hr | | 127.50 |

Cash Processing Services, LLC                                                                 Page    3

| Date | | Description | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 4/16/2024 | CGS | Review Motion for More Definite Statement; discuss same with clients | 0.30 425.00/hr | | 127.50 |
| 4/30/2024 | CGS | Communication with opposing counsel, client regarding acceptance of service and related follow-up | 0.30 425.00/hr | | 127.50 |
| 5/6/2024 | CGS | Communication with opposing counsel, co-counsel regarding stipulation to stay discovery and upcoming meet and confer | 0.30 425.00/hr | | 127.50 |
| 5/8/2024 | CGS | Review draft stipulation to stay discovery deadlines and related follow-up | 0.30 425.00/hr | | 127.50 |
| 5/14/2024 | CGS | Attend early case management conference | 0.30 425.00/hr | | 127.50 |
| 5/17/2024 | CGS | Revise draft joint case statement; review additional comments from co-counsel regarding same and follow-up | 0.80 425.00/hr | | 340.00 |
| 5/30/2024 | CGS | Review proposed motion to proceed pseudonymously and related follow-up | 0.30 425.00/hr | | 127.50 |
| 5/31/2024 | CGS | Review Motion to Proceed Pseudonymously and related follow-up | 0.90 425.00/hr | | 382.50 |
| 6/10/2024 | CGS | Review Opposition to Motion to Proceed Pseudonymously; joinder of same and related follow-up | 0.30 425.00/hr | | 127.50 |
| 6/17/2024 | CGS | Review Reply, Mtn. to Proceed Pseudonymously | 0.30 425.00/hr | | 127.50 |
| 6/20/2024 | CGS | Review motion for leave to supplement regarding denial of writ by US Supreme Court and related follow-up | 0.30 425.00/hr | | 127.50 |
| 6/27/2024 | CGS | Review Pro Hac Vice application oppositions | 0.30 425.00/hr | | 127.50 |
| 7/3/2024 | CGS | Review recent filings by Plaintiffs | 0.30 425.00/hr | | 127.50 |
| 7/29/2024 | CGS | Review motion to intervene (Greer) and related follow-up | 0.30 425.00/hr | | 127.50 |
| 8/14/2024 | CGS | Review Opposition to Motion to Intervene and related follow-up | 0.30 425.00/hr | | 127.50 |
| 8/16/2024 | CGS | Review Order on Motions to Dismiss and related follow-up | 0.50 425.00/hr | | 212.50 |
| 9/3/2024 | CGS | Review response to order to show cause and initial research regarding same | 0.40 425.00/hr | | 170.00 |

Cash Processing Services, LLC                                                                                           Page        4

|  |  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 9/6/2024 - | CGS | Begin drafting response to show cause order | 0.80<br>425.00/hr |  | 340.00 |
| 9/7/2024 - | CGS | Research, begin drafting response to Doe's response to OSC | 1.60<br>425.00/hr |  | 680.00 |
| 9/8/2024 - | CGS | Research, draft response to Doe's Response to OSC | 5.60<br>425.00/hr |  | 2,380.00 |
| 9/10/2024 - | CGS | Revise, finalize response to show cause | 0.90<br>425.00/hr |  | 382.50 |
| 9/16/2024 - | CGS | Review response filed by codefendant brothel | 0.30<br>425.00/hr |  | 127.50 |
| 10/21/2024 - | CGS | Review omnibus order on various pending motions; communications with clients regarding same | 0.70<br>425.00/hr |  | 297.50 |
| 10/23/2024 - | CGS | Research, prepare litigation strategy letter | 1.90<br>425.00/hr |  | 807.50 |
| 10/24/2024 - | CGS | Research, prepare litigation plan correspondence | 2.80<br>425.00/hr |  | 1,190.00 |
| 10/31/2024 - | CGS | Revise, finalize litigation strategy letter | 0.30<br>425.00/hr |  | 127.50 |
| 11/1/2024 - | CGS | Review Motion for Reconsideration and related follow-up | 0.40<br>425.00/hr |  | 170.00 |
| 11/7/2024 - | CGS | Research public records request issue; communicate with client, co-defendant regarding same | 1.10<br>425.00/hr |  | 467.50 |
| 11/14/2024 - | CGS | Research, begin preparing opposition to motion for reconsideration | 1.80<br>425.00/hr |  | 765.00 |
| - | CGS | Review Opposition to Motion to Reconsider filed by co-defendant; communicate with clients and co-defendants regarding same and related follow-up | 0.60<br>425.00/hr |  | 255.00 |
| - | CK | Prepare joinder, response to motion to reconsider | 0.30<br>125.00/hr |  | 37.50 |
| 11/22/2024 - | CGS | Review Reply, Mtn to Reconsider / appeal (pseudonym) | 0.30<br>425.00/hr |  | 127.50 |
| 1/15/2025 - | CGS | Communication with client regarding status of lawsuit, options available | 0.30<br>425.00/hr |  | 127.50 |
| 2/21/2025 - | CGS | Review latest court orders; contact clients to update them on same | 0.30<br>425.00/hr |  | 127.50 |

Cash Processing Services, LLC                                                                          Page      5

|            |     |                                                                                                                                              | Hrs/Rate          | Tax# | Amount    |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------|-------------------|------|-----------|
| 4/4/2025 - | CGS | Review Court's order on Doe disclosure of identity; follow-up with clients regarding same                                                    | 0.40<br>425.00/hr |      | 170.00    |
| 4/10/2025 -| CGS | Communication with co-defendants regarding potential adverse counterclaims, sanctions, appeal, and next steps in litigation                  | 0.30<br>425.00/hr |      | 127.50    |
| 4/15/2025 -| CGS | Prepare for, attend strategy call with co-defendants. Research related legal questions that arose during the call; update clients regarding same | 3.60<br>425.00/hr |      | 1,530.00  |
| 4/21/2025 -| CGS | Communication with client regarding current status of case, next steps; related follow-up                                                    | 0.40<br>425.00/hr |      | 170.00    |
| 4/22/2025 -| CGS | Begin drafting motion for sanctions                                                                                                          | 0.60<br>425.00/hr |      | 255.00    |
| 4/23/2025 -| CGS | Research, draft motion for sanctions                                                                                                         | 4.20<br>425.00/hr |      | 1,785.00  |
| 4/24/2025 -| CGS | Research, draft motion for sanctions                                                                                                         | 4.70<br>425.00/hr |      | 1,997.50  |
| 4/25/2025 -| CGS | Continue drafting motion for sanctions                                                                                                       | 0.60<br>425.00/hr |      | 255.00    |
| 4/28/2025 -| CGS | Research, draft motion for sanctions                                                                                                         | 1.60<br>425.00/hr |      | 680.00    |
| 4/29/2025 -| CGS | Research, draft motion for sanctions against Doe's Counsel                                                                                   | 3.20<br>425.00/hr |      | 1,360.00  |
| 4/30/2025 -| CGS | Research, draft, revise, motion for sanctions and discussion with clients regarding same                                                     | 2.90<br>425.00/hr |      | 1,232.50  |
| 5/1/2025 - | CGS | Research, finalize motion for sanctions                                                                                                      | 0.90<br>425.00/hr |      | 382.50    |
|            |     | For professional services rendered                                                                                                           | 85.35             |      | $36,182.10|
|            |     | Additional Charges :                                                                                                                         |                   |      |           |
|            |     |                                                                                                                                              | Qty/Price         |      |           |
| 2/11/2024 -| Cos | WestLaw Research: DOE Privilege                                                                                                              | 1<br>31.00        |      | 31.00     |
| 2/17/2024 -| Cos | WestLaw Research: Motion to Strike                                                                                                           | 1<br>306.92       |      | 306.92    |

Cash Processing Services, LLC                                                                 Page     6

|  |  | Qty/Price | Tax# | Amount |
|---|---|---|---|---|
| 3/20/2024 - Cos | WestLaw Research: Motion to Dismiss | 1<br>24.57 |  | 24.57 |
| 6/30/2024 - | Postage | 1<br>1.00 |  | 1.00 |
| 9/8/2024 - Cos | WestLaw Research: Response to OSC Response | 1<br>90.45 |  | 90.45 |
| | Total costs | | | $453.94 |
| | For professional services rendered | 85.35 | | $36,636.04 |