# Exhibit "2"

# Exhibit "2"

# AFFIDAVIT OF COURTNEY G. SWEET, ESQ.

I, Courtney G. Sweet, Esq., having first been duly sworn, and under penalty of perjury, state as follows:

1. I am at least 18 years of age and I am lead counsel for MUSTANG RANCH PRODUCTIONS, LLC and L. LANCE GILMAN in his individual capacity (together, "Mustang Defendants").

2. This Declaration is made in support of Mustang Defendants' Motion for Sanctions ("Motion").

3. From February 9, 2024 to the present, as set forth more fully in the Motion and the attached billing statements, Mustang Defendants have incurred attorneys' fees and costs totaling $36,636.04 in defending this lawsuit.

4. A true and correct detailed billing statement of attorneys' fees incurred by Mustang Defendants in this matter is attached to the Motion.

5. I have practiced law in Nevada since 2007 and have focused my practice primarily on civil litigation and real estate.

6. I have acted as lead or second counsel in approximately fifteen trials during that time, approximately half of which were jury trials, and several other arbitrations and mediations.

7. I have also appeared in district and appellate courts throughout the state of Nevada on oral arguments and evidentiary hearings and I am licensed to practice in all state and federal courts in both Nevada and California.

8. During my time in practice, I have represented a variety of clients including small and large businesses on matters related to contract disputes, business transactions, and many other civil litigation topics.

9. I have also represented the Mustang Defendants or their affiliates in numerous matters related to the enforcement and applicability of prostitution laws over the course of my career.

10. I earned my Bachelor of Arts from the Robert D. Clark Honors College of the University of Oregon and my J.D. from the University of Notre Dame Law School.

///

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89509
(775) 829-1222

1

11. My standing in the Northern Nevada legal community is high: I am rated AV Preeminent by Martindale-Hubbell, have been repeatedly selected to the Thompson Reuters' Super Lawyers Mountain States Rising Star list, and was among the recipients of the "Twenty Under 40" award from the Reno Gazette-Journal in 2013.

12. My hourly rate is $450.00 per hour, which is commensurate with my skill and experience.

13. The Northern Nevada legal market supports my full rates.

14. Defense of this lawsuit required a proportionate amount of work from Mustang Defendants' counsel, especially in light of the seriousness of the allegations levied against them.

15. The Mustang Defendants were being sued for slavery and sex trafficking, with numerous salacious allegations levied against them. Doe's Counsel had also actively sought publicity for these allegations. As such, counsel ensured that the defense being prepared was adequate to meet the seriousness of the lawsuit.

16. As shown in the supporting documentation, the attorneys representing the Mustang Defendants devoted a proportionate amount of time to this matter given the seriousness of the allegations.

17. These fees were incurred as a direct result of Doe's Counsel multiplying these proceedings unreasonably and vexatiously as set forth in more detail in the Motion.

18. For these reasons, the attorneys' fees sought in the Motion are reasonable.

19. All of these fees and costs were reasonably, necessary, and actually incurred.

20. I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

Executed at Reno, Nevada this ____ day of May, 2025.

_____
COURTNEY G. SWEET, ESQ.
*Attorney for the Mustang Defendants*

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89509
(775) 829-1222

2