EXHIBIT 1

EXHIBIT 1

Donate to
ProPublica

Nonprofit Explorer ■ District of Columbia

Nonprofits | Search for a nonprofit

# National Center On Sexual Exploitation Inc

Washington, DC• Tax-exempt since Dec. 1963• EIN: 13-2608326

Subscribe | Receive an email when new data is available for this organization.

**Type of Nonprofit**

Designated as a 501(c)(3)

Category: Arts, Culture and Humanities / Media, Communications Organizations (NTEE)

**Donations to this organization are tax deductible.**

Revenue
**$5.43M** (2024)

Expenses
**$5.44M** (2024)



Total Assets
**$5.73M** (2024)

Total Liabilities
**$4.78M** (2024)



Source: Form 990 tax filings from 2011 to 2024

# Tax Filings by Year

**Form 990** is an information return that most organizations claiming federal tax-exempt status must file yearly with the IRS. Show more

| Fiscal Year Ending June **2024** | Revenue | $5,427,150 | | 990 Filed on Jan. 22, 2025 |
|---|---|---|---|---|

| Expenses | Net Income | Net Assets | |
|---|---|---|---|
| **$5,436,436** | **-$9,286** | **$947,324** | Primary tax return for a nonprofit's activities, finances, and governance |

+ View More Financial Data

View Filing

Schedules ▼      XML

## Compensation

| Key Employees and Officers | Compensation | Related | Other |
|---|---|---|---|
| Peter Gentala (Senior Legal Counsel) | $218,960 | $0 | $0 |
| Benjamin Bull Esq (Senior Vp & Director, Law Center) | $215,033 | $0 | $13,610 |
| Dawn Hawkins (Ceo) | $185,000 | $0 | $15,814 |
| Edward Reinhold (Coo (Exited In March 2024)) | $180,000 | $0 | $7,210 |
| Eleanor Gaetan (Vp & Director Policy) | $163,240 | $0 | $18,042 |
| Patrick Trueman (President) | $140,251 | $0 | $8,273 |
| Daniell Pinter (Senior Legal Counsel) | $135,000 | $0 | $34,223 |
| Christen Price (Senior Legal Counsel) | $133,503 | $0 | $13,731 |
| Marcel Van Der Watt (Senior Vp, Impact And Operations) | $130,000 | $0 | $6,029 |
| Haley Mcnamara (Svp & Strategic Initiatives & Pgrms) | $128,000 | $0 | $5,375 |
| Lina Nealon (Vp & Director Of Corporate Advocacy) | $120,000 | $0 | $33,706 |
| Ron Dehaas (Chairman Of The Board) | $0 | $0 | $0 |
| Dan O'bryant (Vice Chairman) | $0 | $0 | $0 |
| Rhonda Graff (Secretary) | $0 | $0 | $0 |
| Beth Coons (Treasurer) | $0 | $0 | $0 |

| Key Employees and Officers | Compensation | Related | Other |
|---|---|---|---|
| Carolyn West (Director) | $0 | $0 | $0 |
| Donald Hilton (Director) | $0 | $0 | $0 |
| Donna Hughes (Director) | $0 | $0 | $0 |
| Emily Guilherme (Director) | $0 | $0 | $0 |
| Hadley Arkes (Director (Exited In December 2023)) | $0 | $0 | $0 |
| Jason Syversen (Director) | $0 | $0 | $0 |
| John Foubert (Director) | $0 | $0 | $0 |
| Ken Sukhia (Director (Exited In December 2023)) | $0 | $0 | $0 |
| Kindsey Pentecost Chadwick (Interim President) | $0 | $0 | $0 |
| Linnea W Smith (Director) | $0 | $0 | $0 |

See filing for compensation of 9 other people →

- View fewer people

Fiscal Year Ending June **2023**

## Revenue  $4,855,994

**Expenses**
**$5,230,147**

**Net Income**
**-$374,153**

**Net Assets**
**$870,771**

+ View More Financial Data

**990**
Filed on May 15, 2024
Primary tax return for a nonprofit's activities, finances, and governance

View Filing

Schedules ▼    XML

## Compensation

| Key Employees and Officers | Compensation | Related | Other |
|---|---|---|---|
| Benjamin Bull Esq (Senior Vp & Director, Law Center) | $237,129 | $0 | $16,078 |

| Key Employees and Officers | Compensation | Related | Other |
|---|---|---|---|
| Peter Gentala (Senior Legal Counsel) | $213,145 | $0 | $0 |
| Patrick Trueman (President) | $185,797 | $0 | $10,590 |

+ View more people

**Fiscal Year Ending June**
## 2022

**Revenue** **$3,068,232**

**Expenses** **$5,805,501**

**Net Income** **-$2,737,269**

**Net Assets** **$1,206,691**

+ View More Financial Data

**990**     View Other Versions

**Filed on Jan. 25, 2024**
Primary tax return for a nonprofit's activities, finances, and governance

View Filing

Schedules ▼     XML

**Compensation**

| Key Employees and Officers | Compensation | Related | Other |
|---|---|---|---|
| Benjamin Bull Esq (Senior Vp & Director, Law Center) | $219,508 | $0 | $28,042 |
| Peter Gentala (Lead Counsel) | $194,898 | $0 | $1,674 |
| Patrick Trueman (President) | $193,759 | $0 | $10,823 |

+ View more people

**Fiscal Year Ending June**
## 2021

**Revenue** **$5,085,859**

**Expenses** **$4,611,931**

**Net Income** **$473,928**

**Net Assets** **$4,054,122**

+ View More Financial Data

**990**

**Filed on March 23, 2022**
Primary tax return for a nonprofit's activities, finances, and governance

View Filing

Schedules ▼     PDF

XML

**Compensation**

| Key Employees and Officers | Compensation | Related | Other |
|---|---|---|---|
| Patrick Trueman | $203,200 | $0 | $16,450 |

| Key Employees and Officers | Compensation | Related | Other |
|---|---|---|---|
| (President) | | | |
| Benjamin Bull Esq (Senior Vp & Director, Law Center) | $196,261 | $0 | $34,000 |
| Dawn Hawkins (Senior Vp & Executive Director) | $153,197 | $0 | $30,487 |

+ View more people

---

**Fiscal Year Ending June**
## 2020

### Revenue $5,322,399

**Expenses** | **Net Income** | **Net Assets**
**$2,747,004** | **$2,575,395** | **$3,316,892**

+ View More Financial Data

**990**
Filed on Feb. 12, 2021
Primary tax return for a nonprofit's activities, finances, and governance

View Filing

Schedules ▼    PDF

XML

### Compensation

| Key Employees and Officers | Compensation | Related | Other |
|---|---|---|---|
| Patrick Trueman (President/Ceo) | $183,333 | $0 | $13,913 |
| Benjamin Bull Esq (Senior Vp And Director, Law Center) | $171,127 | $0 | $25,231 |
| Dawn Hawkins (Senior Vp And Executive Director) | $133,217 | $0 | $21,425 |

+ View more people

---

**Fiscal Year Ending June**
## 2019

### Revenue $2,527,978

**Expenses** | **Net Income** | **Net Assets**
**$1,855,688** | **$672,290** | **$724,330**

+ View More Financial Data

**990**
Filed on Dec. 23, 2019
Primary tax return for a nonprofit's activities, finances, and governance

View Filing

Schedules ▼    PDF

**Compensation**

XML

| Key Employees and Officers | Compensation | Related | Other |
|---|---|---|---|
| Patrick Trueman (President/Ceo) | $133,833 | $0 | $0 |
| Dawn Hawkins (Executive Director) | $102,832 | $0 | $0 |
| Hadley Arkes (Director) | $0 | $0 | $0 |

+ View more people

### 990-T

For unrelated business income from activities not substantially related to the organization's tax-exempt purpose

PDF

---

**Fiscal Year Ending June**
# 2018

**Revenue**     **$1,441,834**

| Expenses | Net Income | Net Assets |
|---|---|---|
| **$1,444,155** | **-$2,321** | **$52,040** |

+ View More Financial Data

### 990

Primary tax return for a nonprofit's activities, finances, and governance

PDF

### 990-T

For unrelated business income from activities not substantially related to the organization's tax-exempt purpose

PDF

---

**Fiscal Year Ending June**
# 2017

**Revenue**     **$1,262,052**

| Expenses | Net Income | Net Assets |
|---|---|---|
| **$1,231,700** | **$30,352** | **$54,361** |

+ View More Financial Data

### 990

Filed on Jan. 11, 2018
Primary tax return for a nonprofit's activities, finances, and governance

View Filing

Schedules ▼     XML

**Compensation**

| Key Employees and Officers | Compensation | Related | Other |
|---|---|---|---|
| Patrick Trueman (President/Ceo) | $143,750 | $0 | $7,188 |
| Hadley Arkes (Director) | $0 | $0 | $0 |
| Ron Dehaas (Director) | $0 | $0 | $0 |

+ View more people

**Fiscal Year Ending June**
## 2016

**Revenue**    **$587,284**

| Expenses | Net Income | Net Assets |
|---|---|---|
| **$548,154** | **$39,130** | **$23,941** |

+ View More Financial Data

**990**
Primary tax return for a nonprofit's activities, finances, and governance

PDF

---

**Fiscal Year Ending Dec.**
## 2015

**Revenue**    **$1,077,404**

| Expenses | Net Income | Net Assets |
|---|---|---|
| **$1,243,328** | **-$165,924** | **-$15,189** |

+ View More Financial Data

**990**
Primary tax return for a nonprofit's activities, finances, and governance

PDF

---

**Fiscal Year Ending Dec.**
## 2014

**Revenue**    **$985,224**

| Expenses | Net Income | Net Assets |
|---|---|---|
| **$902,148** | **$83,076** | **$150,737** |

+ View More Financial Data

**990**
Primary tax return for a nonprofit's activities, finances, and governance

PDF

---

**Fiscal Year Ending Dec.**
## 2013

**Revenue**    **$811,767**

| Expenses | Net Income | Net Assets |
|---|---|---|
| **$793,280** | **$18,487** | **$67,661** |

+ View More Financial Data

**990**
Filed on Aug. 28, 2014
Primary tax return for a nonprofit's activities, finances, and governance

View Filing

Schedules ▼    PDF

XML

**Compensation**

| Key Employees and Officers | Compensation | Related | Other |
|---|---|---|---|
| Patrick A Trueman Esq (President & | $150,000 | $0 | $0 |

| Key Employees and Officers | Compensation | Related | Other |
|---|---|---|---|
| Chief Executive) | | | |
| Hadley Arkes (Director) | $0 | $0 | $0 |
| Mary Ann Layden (Director) | $0 | $0 | $0 |

+ View more people

---

Fiscal Year Ending Dec.
## 2012

### Revenue
**$842,592**

**Expenses**
**$840,973**

**Net Income**
**$1,619**

**Net Assets**
**$49,174**

+ View More Financial Data

**990**
Primary tax return for a nonprofit's activities, finances, and governance

PDF

---

Fiscal Year Ending Dec.
## 2011

### Revenue
**$641,359**

**Expenses**
**$856,152**

**Net Income**
**-$214,793**

**Net Assets**
**$47,555**

+ View More Financial Data

**990**                    View Other Versions
Primary tax return for a nonprofit's activities, finances, and governance

PDF

---

Fiscal Year Ending Dec.
## 2010

Extracted financial data is not available for the forms filed in this tax period, but Form 990 documents are available for download.

**990**                    View Other Versions
Primary tax return for a nonprofit's activities, finances, and governance

PDF

Fiscal Year Ending Dec.
## 2009

Extracted financial data is not available for the forms filed in this tax period, but Form 990 documents are available for download.

**990**

Primary tax return for a nonprofit's activities, finances, and governance

PDF

Fiscal Year Ending Dec.
## 2008

Extracted financial data is not available for the forms filed in this tax period, but Form 990 documents are available for download.

**990**

Primary tax return for a nonprofit's activities, finances, and governance

PDF

Fiscal Year Ending Dec.
## 2007

Extracted financial data is not available for the forms filed in this tax period, but Form 990 documents are available for download.

**990**

Primary tax return for a nonprofit's activities, finances, and governance

PDF

Fiscal Year Ending Dec.
## 2006

Extracted financial data is not available for the forms filed in this tax period, but Form 990 documents are available for download.

**990**

Primary tax return for a nonprofit's activities, finances, and governance

PDF

Fiscal Year Ending Dec.
## 2005

Extracted financial data is not available for the forms filed in this tax period, but Form 990 documents are available for download.

**990**

Primary tax return for a nonprofit's activities, finances, and governance

PDF

Fiscal Year Ending Dec.
## 2004

Extracted financial data is not available for the forms filed in this tax period, but Form 990 documents are available for download.

**990**

Primary tax return for a nonprofit's activities, finances, and governance

PDF

Fiscal Year Ending
Dec.
**2003**

Extracted financial data is not available for the forms filed in this tax period, but Form 990 documents are available for download.

**990**

Primary tax return for a nonprofit's activities, finances, and governance

PDF

Fiscal Year Ending
Dec.
**2002**

Extracted financial data is not available for the forms filed in this tax period, but Form 990 documents are available for download.

**990**

Primary tax return for a nonprofit's activities, finances, and governance

PDF

Fiscal Year Ending
Dec.
**2001**

Extracted financial data is not available for the forms filed in this tax period, but Form 990 documents are available for download.

**990**

Primary tax return for a nonprofit's activities, finances, and governance

PDF

## About This Data

Nonprofit Explorer includes summary data for nonprofit tax returns and full Form 990 documents, in both PDF and digital formats.

The summary data contains information processed by the IRS during the 2012-2019 calendar years; this generally consists of filings for the 2011-2018 fiscal years, but may include older records. This data release includes only a subset of what can be found in the full Form 990s.

In addition to the raw summary data, we link to PDFs and digital copies of full Form 990 documents wherever possible. This consists of separate releases by the IRS of Form 990 documents processed by the agency, which we update regularly.

We also link to copies of audits nonprofit organizations that spent $750,000 or more in Federal grant money in a single fiscal year since 2016. These audits are copied from the Federal Audit Clearinghouse.

**Which Organizations Are Here?**                                    ∨

| Types of Nonprofits | ∨ |
|---|---|
| **Get the Data** | ∨ |
| **API** | ∨ |

By <u>Andrea Suozzo</u>, <u>Alec Glassford</u>, <u>Ash Ngu</u> and <u>Brandon Roberts</u>.

Design by Jeff Frankl. Additional development by Ken Schwencke, Mike Tigas, and Sisi Wei.

E-file viewer adapted from <u>IRS e-File Viewer</u> by Ben Getson. Code for scraping audit documents adapted from <u>Govwiki</u>.

Updated April 23, 2025