EXHIBIT 2

EXHIBIT 2



# O'MARA LAW FIRM, PC

311 E. Liberty Street  Reno, Nevada 89501
Phone: 775.323.1321 I Fax:  I EIN: 20-8192370

| | | |
|---|---|---|
| **Desert Rose, LLC**<br>357 Douglas St.<br>Elko, NV 89801 | Invoice Date | September 18, 2024 |
| | Invoice Number | 10845 |
| | Invoice Amount | $8,750.00 |

## Matter: .adv Jane Doe

### ATTORNEY'S FEES

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 3/18/2024 | emials with Gilman's attorney regardign the documents filed in the case before we file the Joinders (.2) | D.C.O. | 0.20 | $90.00 |
| 4/2/2024 | initial draft of notice of appearance, joinder to MTD No. 5, MTD No. 6 and Reply No. 16, Certificate of interested parties. | B.S. | 1.50 | $300.00 |
| 4/2/2024 | review and modifyt drafts of the three joinders for MTD, improper name of DOE (.4) | D.C.O. | 0.40 | $180.00 |
| 4/8/2024 | minute order recusing Magistrate Judge (.1) (n/c) | D.C.O. | 0.10 | No Charge |
| 4/10/2024 | standing order and email to clients (.1) | D.C.O. | 0.10 | No Charge |
| 4/10/2024 | draft joinders to Dkt. 24 Motion to Dismiss (.3); JOINDER to 30 Motion to Stay Case or Discovery (.2); | D.C.O. | 0.50 | $225.00 |
| 4/11/2024 | several emails regarding the request for extension of time to file discovery plan and the notice that Plaintiff are filing the Writ with the Supreme Court on their other case (.4); email with client regarding attorney in the (.1) | D.C.O. | 0.50 | $225.00 |
| 4/12/2024 | review MOTION to Dismiss by Defendants Elko County, Nye County, Storey County (.3); review stipulation to extend case management conference statement (.1) and review the order regarding the new deadlines for the opposition to the motion to dismiss (.1) | D.C.O. | 0.50 | $225.00 |
| 4/15/2024 | MOTION for More Definite Statement re 1 Complaint,, by Defendants Western Best,Inc., Western Best, LLC. (.3); | D.C.O. | 0.30 | $135.00 |
| 4/16/2024 | review order granting stip to extend time on the joint case management report (1) | D.C.O. | 0.10 | $45.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 4/16/2024 | review JOINDER to 43 Motion to Dismiss by Defendants Aaron Ford, Joseph Lombardo (.1) | D.C.O. | 0.10 | $45.00 |
| 4/26/2024 | review RESPONSE to 43 Motion to Dismiss by Plaintiff Jane Doe (,3) | D.C.O. | 0.30 | $135.00 |
| 4/30/2024 | download the summons for other parties | B.S. | 0.20 | $40.00 |
| 4/30/2024 | review order approviing stipulation to fiel and serve a motion for protective order and leave to proceed by Doe (.1) | D.C.O. | 0.10 | $45.00 |
| 5/2/2024 | review response to Motoin to Dismiss by Elko County (.2) | D.C.O. | 0.20 | $90.00 |
| 5/6/2024 | review response to Motion to dismiss filed by Plaintiff (.2) | D.C.O. | 0.20 | $90.00 |
| 5/13/2024 | work on stipulation for stay discovery with counsel and review the stipulation (.5) | D.C.O. | 0.50 | $225.00 |
| 5/15/2024 | review status report if forthcoming filed by plantiff (.1) | D.C.O. | 0.10 | $45.00 |
| 5/17/2024 | review joinders to the various MTD from Western Best (.2) work on the joint case conference report and review for the filing (1.2) | D.C.O. | 1.40 | $630.00 |
| 5/24/2024 | review stipulation (.1) and order for extension of time on MTD (.1) | D.C.O. | 0.20 | $90.00 |
| 5/30/2024 | review motion for protective order re order on stipultation (.4) | D.C.O. | 0.30 | $135.00 |
| 5/31/2024 | review reply to response to the MTD filed by the STate (.3) | D.C.O. | 0.30 | $135.00 |
| 6/7/2024 | reivew response to the protective order by Defendants Elko (.4) | D.C.O. | 0.40 | $180.00 |
| 6/12/2024 | review joinders (.1) and Draft joinder to the response by state in No. 75 (.2) | D.C.O. | 0.30 | $135.00 |
| 6/13/2024 | review response to motion for protective order by Defendants Western Best (.3); | D.C.O. | 0.30 | $135.00 |
| 6/14/2024 | reply to response to Motion for Protective order file by Plaintiff (.3) | D.C.O. | 0.30 | $135.00 |
| 6/19/2024 | review motion for leave of court to supplement motion to dismiss by ELko County (.2); | D.C.O. | 0.20 | $90.00 |
| 6/20/2024 | revie reply to Motion for Protective Order by Plantiff (.2) | D.C.O. | 0.20 | $90.00 |
| 6/24/2024 | review motion for judicial notice or motion for leave to supplement and motion to stike the complaint by the State (.3) | D.C.O. | 0.30 | $135.00 |
| 6/25/2024 | download the petitions for PHV (.2) | B.S. | 0.20 | $40.00 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 6/25/2024 | review the response for PHV (.2) | D.C.O. | 0.20 | $90.00 |
| 6/25/2024 | joinder to 90 response by Gilman (.1) | D.C.O. | 0.10 | $45.00 |
| 7/2/2024 | motion to amend motion for permission to practice PHV (.2)" response to State's Motoin to strike, judicial notice and supplement (.3); response to motion for leave by ELko County (.2) | D.C.O. | 0.70 | $315.00 |
| 7/9/2024 | review response to the Motion for supplement, strike, etc. filed by State (.2); reply to response to Motion for supplemental filing (.2) | D.C.O. | 0.40 | $180.00 |
| 7/25/2024 | court minute order regarding motion to deny PHV (.2) and other various orders regarding the PHV | D.C.O. | 0.20 | $90.00 |
| 7/29/2024 | motion to intervene by Defendant Gree (.2) | D.C.O. | 0.20 | $90.00 |
| 8/12/2024 | response filed by Plaintiff to the motion to intervene by Greer (.2) | D.C.O. | 0.20 | $90.00 |
| 8/16/2024 | Court order regarding the motion to dismiss that grants the dismissal; motion to supplemetn dismissal motions are granted; Plaintiffs must show cause why they have standing to bring damages gains the defendants Desert rose; which we have 14 days to file a response. Discovery deadlines are stated pending Plantifs compliance with the order to show cause; order dening Mustang and Gilman's motion is denied. (.3) | D.C.O. | 0.30 | $135.00 |
| 8/29/2024 | MOTION for Entry of Clerk's Default re [57] Summons Returned Executed by Plaintiff Jane Doe and Declaration 113. Responses due by 9/12/2024 (.1) | D.C.O. | 0.10 | $45.00 |
| 9/3/2024 | review response to Court's OSC and send to client (.3) | D.C.O. | 0.30 | $135.00 |
| 9/12/2024 | download docs for DCO. initial draft of response re: order to show cause. draft rule 11 motion from dco email. | B.S. | 3.50 | $700.00 |
| 9/12/2024 | draft the motion for Rule 11 sanctions | D.C.O. | 3.10 | $1,395.00 |
| 9/13/2024 | draft the response to the Order to show cause by the Court (2.1) | D.C.O. | 2.10 | $945.00 |
| 9/13/2024 | download, convert, combine pictures from client. Review rule 11 motion. review response re Order to show cause. | B.S. | 1.00 | $200.00 |
| 9/13/2024 | talk with cleint and make minor changes to the motion and the response (.2); review the documents provided which include employment records and photos (.3) | D.C.O. | 0.50 | $225.00 |
| **SUBTOTAL** | | | **23.20** | **$8,750.00** |

## COSTS

**SUBTOTAL** $0.00

## CLIENT PAYMENTS

| | | |
|---|---|---|
| **9/18/2024** | Balance before last invoice | $0.00 |
| **9/18/2024** | Transfer of funds on deposit in trust account - thank you! | ($8,750.00) |
| **9/18/2024** | Invoice 10845 | $8,750.00 |
| **SUBTOTAL** | | **$0.00** |

**Thankyou. We appreciate your business.** *Please see following page for invoice summary and payment details.*



# O'MARA LAW FIRM, PC

311 E. Liberty Street  Reno, Nevada 89501
**Phone**: 775.323.1321 | **Fax**: | **EIN**: 20-8192370

**INVOICE SUMMARY**

| | |
|---|---:|
| **TOTAL** | $8,750.00 |
| **PREVIOUS BALANCE (CREDIT)** | ($8,750.00) |
| **CURRENT BALANCE DUE** | $0.00 |

**PLEASE NOTE:** Our payment terms are that payments are due upon receipt of the invoice. Interest may be charged to accounts delinquent more than 60 days. We accept Visa, Mastercard and Discover. *All credit card payments are subject to a 3% processing fee.*

Checks or money orders made payable to: The O'Mara Law Firm

POST NO CASH PLEASE – call us for further details or assistance

---

**Thankyou.** Please detach and return bottom portion along with your remittance

**Invoice Date:** September 18, 2024

Desert Rose, LLC
357 Douglas St.
Elko, NV 89801

**Invoice Number:** 10845
**Amount Due:** $0.00

**Amount Enclosed:** _____

The O'Mara Law Firm
311 E. Liberty Street
Reno, Nevada 89501



# O'MARA LAW FIRM, PC

311 E. Liberty Street  Reno, Nevada 89501
**Phone**: 775.323.1321 | **Fax**:  | **EIN**: 20-8192370

**Desert Rose, LLC**
357 Douglas St.
Elko, NV 89801

| | |
|---|---:|
| **Invoice Date** | November 19, 2024 |
| **Invoice Number** | 10859 |
| **Invoice Amount** | $3,395.00 |

## Matter: .adv Jane Doe

### ATTORNEY'S FEES

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 9/16/2024 | notice of appearance of counsel for defendant Hacienda (.1); Response to Clerk's Default and Motion for Entry of Clerks Default by Hacienda (.2); response to order on MTD -OSC by Hacienda (.2); Joinder by Hacienda to the responses by us (.2); motion to continue deadlines by Hacienda (.1);  Joinder to Motion for Certification and Judgment by the State/AG's office (.1); | D.C.O. | 0.90 | $405.00 |
| 9/23/2024 | review response to the Motion for Certification and Judgment (.2) | D.C.O. | 0.20 | $90.00 |
| 9/24/2024 | review response for request of judicial notice filed by Greer (1.) | D.C.O. | 0.10 | $45.00 |
| 9/27/2024 | review County reply to the response to its motion for certification and judgment (.2); and State's joinder (1.) | D.C.O. | 0.30 | $135.00 |
| 9/30/2024 | review motion to strike Hacienda's response to the MTD-OSC filed by Jane Doe; review JAne Doe's response to HAcienda's motion of unavailability (.1); review | D.C.O. | 0.30 | $135.00 |
| 10/1/2024 | review joinder to the responses by Defendants by Defendant Wester Best Inc., (.1); order denying motion for blanket extension of 14 days is denied (.1); order | D.C.O. | 0.20 | $90.00 |
| 10/9/2024 | motion for hearing by Defendant Intervenor Greer | D.C.O. | 0.10 | $45.00 |
| 10/14/2024 | review response to motoin to strike by Defendant Hacienda Rooming (.2) | D.C.O. | 0.20 | $90.00 |
| 10/21/2024 | revie Court's Protective Order that which included the denial of the motion to strike Defendant Bella's Hacienda Ranch's response; to set aside the default against Bella, dismissal of the thirteenth amendment claims against Client and others; no | D.C.O. | 0.40 | $180.00 |

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| | dismisal under the TVPRA; denial of the protective order and requirement that the Jane Doe must give her name; 15 days to file an answer after Jane Doe discloses her identity to file an answer or other responsive pleading and to send case to he Magistrate Judge for scheduling order (.4) | | | |
| 10/23/2024 | review motion to strike filed by Jane Doe (.2); response to the motion for hearing before Judge by Jane Doe (.2) | D.C.O. | 0.40 | $180.00 |
| 10/25/2024 | review reply to response for motion for hearing by intervenor (.2) | D.C.O. | 0.20 | $90.00 |
| 11/1/2024 | review the motion for reconsideration filed by Plaintiffs (.2) | D.C.O. | 0.20 | $90.00 |
| 11/4/2024 | review the request for judicial notice (.1) and the response to the motion for reconsideration filed by Intervenor Greer (.2); review motion for reconsideration for the protective order (.3); send to client and ask for a telephonic appointment to discuss the status of the case. | D.C.O. | 0.60 | $270.00 |
| 11/11/2024 | meet with clients to discuss the case and work on whether to file the Rule 11 motion and/or join an opposition or start to draft the opposition on our own (.4); review the Plaintiff's motion for reconsideration of the Court's Order and look at the cases cited, and Review the Court's Order (1); review all of the original pleadings on the MTD for improper use of pseudonym (.7) and develop an argument against the motion for reconsideration (.4) | D.C.O. | 1.60 | $720.00 |
| 11/14/2024 | draft joinder to Opposition to Motion for Reconsideration per DCO email | B.S. | 0.50 | $100.00 |
| 11/14/2024 | review opposition filed by Defendant Western Best and determine that we don't need an opposition but just a joinder (.5); email to counsel regarding the joinder and the Rule 11 motion (.2); other emails from counsel regarding federal statute 28 USC 1927 to get fees (.2); email to client about the joinder and the communications that the Rule 11 was ok with other counsel (.1); review joinder drafted by BS (.1) | D.C.O. | 1.10 | $495.00 |
| 11/15/2024 | review the motion for Rule 11 sanctions, make some modifications for grammatical issues, and send to Bryan for filing (.3) | D.C.O. | 0.30 | $135.00 |
| 11/15/2024 | review motion for sanctions from DCO. minor edits, finalize and prepare for filing. | B.S. | 0.50 | $100.00 |
| **SUBTOTAL** | | | **8.10** | **$3,395.00** |

COSTS

**SUBTOTAL** $0.00

| | | **CLIENT PAYMENTS** |
|---|---|---|
| **9/18/2024** | Balance before last invoice | ($8,750.00) |
| **9/18/2024** | Invoice 10845 | $8,750.00 |
| **11/19/2024** | Transfer of funds on deposit in trust account - thank you! | ($3,395.00) |
| **11/19/2024** | Invoice 10859 | $3,395.00 |
| **SUBTOTAL** | | **$0.00** |

**Thankyou. We appreciate your business.** *Please see following page for invoice summary and payment details.*



# O'MARA LAW FIRM, PC

311 E. Liberty Street  Reno, Nevada 89501
**Phone**: 775.323.1321 | **Fax**: | **EIN**: 20-8192370

**INVOICE SUMMARY**

| | |
|---|---:|
| **TOTAL** | $3,395.00 |
| **PREVIOUS BALANCE (CREDIT)** | ($3,395.00) |
| **CURRENT BALANCE DUE** | $0.00 |

**PLEASE NOTE:** Our payment terms are that payments are due upon receipt of the invoice. Interest may be charged to accounts delinquent more than 60 days. We accept Visa, Mastercard and Discover. *All credit card payments are subject to a 3% processing fee.*

Checks or money orders made payable to: The O'Mara Law Firm

POST NO CASH PLEASE – call us for further details or assistance

---

**Thankyou.** Please detach and return bottom portion along with your remittance

**Invoice Date:** November 19, 2024

Desert Rose, LLC
357 Douglas St.
Elko, NV 89801

**Invoice Number:** 10859
**Amount Due:** $0.00

**Amount Enclosed:** _____

The O'Mara Law Firm
311 E. Liberty Street
Reno, Nevada 89501



# O'MARA
## LAW FIRM, PC

311 E. Liberty Street  Reno, Nevada 89501
**Phone**: 775.323.1321 | **Fax**: | **EIN**: 20-8192370

| | | |
|---|---|---|
| **Desert Rose, LLC** | **Invoice Date** | January 10, 2025 |
| 357 Douglas St. | **Invoice Number** | 10874 |
| Elko, NV 89801 | **Invoice Amount** | $2,620.00 |

## Matter: .adv Jane Doe

### ATTORNEY'S FEES

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 12/3/2024 | review opposition to motion for sanctions, research caselaw and draft reply in support of motion for sanctions (2.1); | D.C.O. | 2.10 | $945.00 |
| 12/4/2024 | review reply from DCO. make changes to ECF references, minor grammatical issues, prepare for filing. | B.S. | 0.50 | $100.00 |
| 12/4/2024 | modify the draft reply in support of the motion for sanctions (3.5) | D.C.O. | 3.50 | $1,575.00 |
| **SUBTOTAL** | | | **6.10** | **$2,620.00** |

### COSTS

| | |
|---|---|
| **SUBTOTAL** | **$0.00** |

### CLIENT PAYMENTS

| Date | Description | Amount |
|---|---|---|
| 11/19/2024 | Balance before last invoice | ($3,395.00) |
| 11/19/2024 | Invoice 10859 | $3,395.00 |
| 12/31/2024 | Transfer of retainer funds on deposit in trust account - thank you! | ($2,620.00) |
| 1/10/2025 | Invoice 10874 | $2,620.00 |
| **SUBTOTAL** | | **$0.00** |

**Thankyou. We appreciate your business.** *Please see following page for invoice summary and payment details.*



# O'MARA
## LAW FIRM, PC

311 E. Liberty Street  Reno, Nevada 89501
**Phone**: 775.323.1321 | **Fax**: | **EIN**: 20-8192370

**INVOICE SUMMARY**

| | |
|---|---:|
| **TOTAL** | $2,620.00 |
| **PREVIOUS BALANCE (CREDIT)** | ($2,620.00) |
| **CURRENT BALANCE DUE** | $0.00 |

**PLEASE NOTE:** Our payment terms are that payments are due upon receipt of the invoice. Interest may be charged to accounts delinquent more than 60 days. We accept Visa, Mastercard and Discover. *All credit card payments are subject to a 3% processing fee.*

Checks or money orders made payable to: The O'Mara Law Firm

POST NO CASH PLEASE – call us for further details or assistance

**Thankyou.** Please detach and return bottom portion along with your remittance
----------------------------------------------------------------------------------

**Invoice Date:** January 10, 2025

Desert Rose, LLC
357 Douglas St.
Elko, NV 89801

**Invoice Number:** 10874
**Amount Due:** $0.00

**Amount Enclosed:** _____

The O'Mara Law Firm
311 E. Liberty Street
Reno, Nevada 89501



# O'MARA LAW FIRM, PC

311 E. Liberty Street  Reno, Nevada 89501
Phone: 775.323.1321 | Fax:  | EIN: 20-8192370

**Desert Rose, LLC**
357 Douglas St.
Elko, NV 89801

| | |
|---|---:|
| Invoice Date | March 04, 2025 |
| Invoice Number | 10883 |
| Invoice Amount | $450.00 |

## Matter: .adv Jane Doe

### ATTORNEY'S FEES

| Date | Description | | | |
|---|---|---|---:|---:|
| 12/9/2024 | review affidavit or Russell greer (.2) | D.C.O. | 0.20 | $90.00 |
| 2/24/2025 | review the Judgment and Order re: Greer and to Certify the State's judgment (.3); send email to client with the documents (.1) | D.C.O. | 0.40 | $180.00 |
| 3/3/2025 | review motion for attorneys fees by the government defendants and send to client (.2); emails from counsel regarding a joint motion for dismissal since they have not named the Plaintiff and send my response (.2) to counsel and client | D.C.O. | 0.40 | $180.00 |
| **SUBTOTAL** | | | **1.00** | **$450.00** |

### COSTS

| | |
|---|---:|
| **SUBTOTAL** | **$0.00** |

### CLIENT PAYMENTS

| Date | Description | Amount |
|---|---|---:|
| 1/10/2025 | Balance before last invoice | ($2,620.00) |
| 1/10/2025 | Invoice 10874 | $2,620.00 |
| 3/4/2025 | Transfer of retainer funds on deposit in trust account - thank you! | ($450.00) |
| 3/4/2025 | Invoice 10883 | $450.00 |
| **SUBTOTAL** | | **$0.00** |

**Thankyou. We appreciate your business.** *Please see following page for invoice summary and payment details.*



# O'MARA
## LAW FIRM, PC

311 E. Liberty Street  Reno, Nevada 89501
**Phone**: 775.323.1321 | **Fax**: | **EIN**: 20-8192370

**INVOICE SUMMARY**

| | |
|---|---|
| **TOTAL** | $450.00 |
| **PREVIOUS BALANCE (CREDIT)** | ($450.00) |
| **CURRENT BALANCE DUE** | $0.00 |

**PLEASE NOTE:** Our payment terms are that payments are due upon receipt of the invoice. Interest may be charged to accounts delinquent more than 60 days. We accept Visa, Mastercard and Discover. *All credit card payments are subject to a 3% processing fee.*

Checks or money orders made payable to: The O'Mara Law Firm

POST NO CASH PLEASE – call us for further details or assistance

---

**Thankyou.** Please detach and return bottom portion along with your remittance

**Invoice Date:** March 04, 2025

Desert Rose, LLC
357 Douglas St.
Elko, NV 89801

**Invoice Number:** 10883
**Amount Due:** $0.00

**Amount Enclosed:** _____

The O'Mara Law Firm
311 E. Liberty Street
Reno, Nevada 89501



# O'MARA
## LAW FIRM, PC

311 E. Liberty Street  Reno, Nevada 89501
**Phone**: 775.323.1321 | **Fax**:  | **EIN**: 20-8192370

| | | |
|---|---|---|
| **Desert Rose, LLC** | Invoice Date | May 12, 2025 |
| 357 Douglas St. | Invoice Number | 10911 |
| Elko, NV 89801 | Invoice Amount | $3,465.00 |

## Matter: .adv Jane Doe

### ATTORNEY'S FEES

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 3/20/2025 | review the reply in support of the motion for attorneys fees and send to client (.2) | D.C.O. | 0.20 | $90.00 |
| 3/21/2025 | review notice of appeal and send to client (.1) | D.C.O. | 0.10 | $45.00 |
| 3/28/2025 | review letter from Gilmone's firm regarding the appeal, and use that to draft our own document to file with the 9th circuit court (.2) | D.C.O. | 0.20 | $90.00 |
| 4/4/2025 | review the order denying the motion for reconsideration that says Plaintiff has to give up her name or the case gets dismiss and that our motion for sanctions is denied at this time (.3); send email to client regarding the order and my comments (.1) | D.C.O. | 0.40 | $180.00 |
| 4/10/2025 | emails with other defense counsel regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.3) | D.C.O. | 0.30 | $135.00 |
| 4/10/2025 | email with client regarding this meeting on Tuesday ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | D.C.O. | 0.20 | $90.00 |
| 4/11/2025 | email to client to tell them ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.1); review order that counsel is disassociated with the case (Marni Rubin Watkins (.1); review | D.C.O. | 0.20 | $90.00 |
| 4/18/2025 | review the court order granting our request to be removed and send to client (.2); email also about the group message (.3) | D.C.O. | 0.50 | $225.00 |
| 4/21/2025 | review the 9th circuits filing of order releasing from mediation | D.C.O. | 0.10 | $45.00 |

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| | (.1) | | | |
| 4/24/2025 | draft notice of non-compliance to inform the Court that nothing was filed, nor was there communication with Plaintiff. | D.C.O. | 0.10 | $45.00 |
| 5/9/2025 | review the motions for sanctions and the cases cited by Sweet to confirm(1.8); look at fundraising website to obtain numbers (.4); draft Desert Rose motion after reviewing motion for Rule 11 sanctions; and the billings statements (2.1) | D.C.O. | 4.30 | $1,935.00 |
| 5/12/2025 | finalize the motion for attorneys fees (.6); draft affidavit of dco (.5) | D.C.O. | 1.10 | $495.00 |
| **SUBTOTAL** | | | **7.70** | **$3,465.00** |

**COSTS**

| | | |
|---|---|---|
| **SUBTOTAL** | | **$0.00** |

**CLIENT PAYMENTS**

| | | |
|---|---|---|
| 3/4/2025 | Balance before last invoice | ($450.00) |
| 3/4/2025 | Invoice 10883 | $450.00 |
| 5/12/2025 | Invoice 10911 | $3,465.00 |
| **SUBTOTAL** | | **$3,465.00** |

**Thankyou. We appreciate your business.** *Please see following page for invoice summary and payment details.*



# O'MARA LAW FIRM, PC

311 E. Liberty Street  Reno, Nevada 89501
**Phone**: 775.323.1321 | **Fax**: | **EIN**: 20-8192370

## INVOICE SUMMARY

| | |
|---|---:|
| **TOTAL** | $3,465.00 |
| **PREVIOUS BALANCE DUE** | $0.00 |
| **CURRENT BALANCE DUE AND OWING** | $3,465.00 |

**PLEASE NOTE:** Our payment terms are that payments are due upon receipt of the invoice. Interest may be charged to accounts delinquent more than 60 days. We accept Visa, Mastercard and Discover. *All credit card payments are subject to a 3% processing fee.*

Checks or money orders made payable to: The O'Mara Law Firm

POST NO CASH PLEASE – call us for further details or assistance

**Thankyou.** Please detach and return bottom portion along with your remittance

---

**Invoice Date:** May 12, 2025

Desert Rose, LLC
357 Douglas St.
Elko, NV 89801

**Invoice Number:** 10911
**Amount Due:** $3,465.00

**Amount Enclosed:** _____

The O'Mara Law Firm
311 E. Liberty Street
Reno, Nevada 89501