# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:24-cv-00065-MMD-CSD

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: February 8, 2024

Date of judgment or order you are appealing: April 25, 2025

Docket entry number of judgment or order you are appealing: 171

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
◉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Jane Doe

Is this a cross-appeal?   ○ Yes   ◉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ◉ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:         State:         Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Christen M. Price        **Date** 5/28/25

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                          Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Jane Doe

Name(s) of counsel (if any):

Jason D. Guinasso, Guinasso Law, Ltd.
Christen M. Price, Benjamin W. Bull, Dani Bianculli Pinter, Victoria Hirsch,
National Center on Sexual Exploitation

Address: 5371 Kietzke Lane, Reno, NV 89511; 1201 F St. NW, Ste. 200, Washington DC 20004

Telephone number(s): (775) 853-8746; (202) 393-7245

Email(s): jason@guinassolaw.com; cprice@ncoselaw.org; bbull@ncose.com; dpinter@ncoselaw.org; vhirsch@ncoselaw.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Western Best, Inc. d/b/a Chicken Ranch
Western Best LLC

Name(s) of counsel (if any):

Deanna L. Forbush, Rex D. Garner, Daniel A. Mann

Address: 1980 Festival Plaza Drive, Suite 700, Las Vegas, NV 89135

Telephone number(s): (702) 262-6899

Email(s): dforbush@foxrothschild.com; rgarner@foxrothschild.com; dmann@foxrothschild.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                1                                *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:
Mustang Ranch Productions, LLC d/b/a Mustang Ranch Lounge LLC
Leonard "Lance" Gilman, in his individual capacity

Name(s) of counsel (if any):
Courtney G. Sweet
Gunderson Law Firm

Address: 3895 Warren Way, Reno, NV 89509

Telephone number(s): (775) 829-1222

Email(s): csweet@gundersonlaw.com

Name(s) of party/parties:
Desert Rose Club, LLC

Name(s) of counsel (if any):
David C. O'Mara
The O'Mara Law Firm, P.C.

Address: 311 East Liberty St., Reno, NV 89501

Telephone number(s): (775) 323-1321

Email(s): david@omaralaw.net

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                  2                            *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:
Hacienda Rooming House, Inc., d/b/a Bella's Hacienda Ranch

Name(s) of counsel (if any):
John Neil Stephenson
Stephenson Law, PLLC

Address: 1770 Verdi Vista Court, Reno, NV 89523

Telephone number(s): (510) 502-2347

Email(s): johnstephensonlaw@gmail.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                    2                         New 12/01/2018