UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

# DESIGNATION OF TRANSCRIPTS
# TO BE USED IN RECORD ON APPEAL

District Court Case Number:  3:24-cv-00065-MMD-CSD

Court of Appeals Case Number: 25-3455

Case Caption:  Doe v Western Best, Inc., et al

_____X_____ Transcripts are **NOT** required for this appeal.

The undersigned hereby designates the following transcripts to be used in the record on appeal for the above listed case and appeal:

| Date of Hearing | Docket Number | Proceeding | Recorder/ Reporter | Transcript Filed Yes/No |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Date:  June 2, 2025

/s/ Christen M. Price
Signature

Christen M. Price
Print Name

Attorney for Appellant Jane Doe
Appellant/Appellee