DEANNA L. FORBUSH
Nevada Bar No. 6646
REX D. GARNER
Nevada Bar No. 9401
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
dforbush@foxrothschild.com
*Counsel for Defendant Western Best, Inc.*
*d/b/a Chicken Ranch and Western Best LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JANE DOE,<br><br>                     Plaintiff,<br><br>    v.<br><br>JOSEPH LOMBARDO, Governor of Nevada, in his official capacity; AARON FORD, Attorney General of Nevada, in his official capacity; NYE COUNTY; ELKO COUNTY; STOREY COUNTY; WESTERN BEST, INC. D/B/A CHICKEN RANCH; WESTERN BEST, LLC; DESERT ROSE CLUB, LLC; HACIENDA ROOMING HOUSE, INC. D/B/A BELLA'S HACIENDA RANCH; MUSTANG RANCH PRODUCTIONS, LLC; D/B/A/ MUSTANG RANCH LUNGE, LLC; LEONARD "LANCE" GILMAN, in his official capacity; and LEONARD "LANCE" GILMAN, in his individual capacity,<br><br>                     Defendants. | Case No.: 3:24-cv-00065-MMD-CSD<br><br>**JOINDER TO DEFENDANT DESERT ROSE CLUB, LLC'S MOTION FOR SANCTIONS [ECF 175]** |

Defendants WESTERN BEST, INC. d/b/a CHICKEN RANCH and WESTERN BEST, LLC (collectively "Western Best Defendants"), by and through their counsel of record, Deanna L. Forbush, Esq. and Rex D. Garner, Esq. of the law firm Fox Rothschild LLP, hereby respectfully join Defendant Desert Rose Club, LLC's Motion for Sanctions [ECF 175].

/ / /

173475746.3

1  Dated this 16th day of June, 2025.

**FOX ROTHSCHILD LLP**

*/s/ Deanna Forbush*
DEANNA L. FORBUSH
Nevada Bar No. 6646
REX D. GARNER
Nevada Bar No. 9401
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135

*Counsel for Defendant Western Best, Inc.*
*d/b/a Chicken Ranch and Western Best LLC*

173475746.3

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of Fox Rothschild LLP and that on the 16th day of June 2025, I electronically filed the foregoing document entitled **JOINDER TO DEFENDANT DESERT ROSE CLUB, LLC'S MOTION FOR SANCTIONS [ECF 175]** with the Clerk of the Court via the Court's CM/ECF system.

                                                         */s/ Seante-Brianna Glasco*
                                                         An Employee of Fox Rothschild LLP

173475746.3