1  AARON D. FORD
     Attorney General
2  Sabrena K. Clinton (Bar No. 6499)
     Senior Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  1 State of Nevada Way, Suite 100
   Las Vegas, NV 89119
5  (702) 486-3420 (phone)
   (702) 486-3773 (fax)
6  sclinton@ag.nv.gov

7  *Attorneys for Governor Joseph Lombardo and*
   *Attorney General Aaron Ford*

8

9              **UNITED STATES DISTRICT COURT**

10                  **DISTRICT OF NEVADA**

11  JANE DOE;                                    Case No. 3:24-cv-00065-MMD-CLB

12          Plaintiff,

13  vs.                                          **NOTICE OF DISASSOCIATION OF
                                                 COUNSEL AND REMOVAL FROM
14  JOSEPH LOMBARDO, Governor of                 CM/ECF**
    Nevada in his official capacity; AARON
15  FORD, Attorney General of Nevad in his
    official capacity; NYE COUNTY; ELKO
16  COUNTY; STOREY COUNTY; WESTERN
    BEST, INC, D/B/A CHICKEN RANCH;
17  WESTERN BEST, LLC; DESERT ROSE
    CLUB, LLC; HACIENDA ROOMING
18  HOUSE, INC. D/B/A BELLA'S
    HACIENDA RANCH; MUSTANG RANCH
19  PRODUCTIONS, LLC D/B/A MUSTANG
    RANCH LOUNGE, LLC; LEONARD
20  "LANCE" GILMAN in his official capacity;
    and LEONARD "LANCE" GILMAN, in his
21  individual capacity,

22          Defendant(s).

23          Pursuant to Local Rule IA 11-6(b), NOTICE IS HEREBY GIVEN to the Court and

24  parties that Senior Deputy Attorney General Iva K. Todorova is no longer associated with

25  the Nevada Attorney General's Office and seeks to withdraw as counsel for Joseph

26  Lombardo and Aaron D. Ford in this matter.

27          Senior Deputy Attorney General Sabrena K. Clinton will continue to represent

28  Joseph Lombardo and Aaron D. Ford, and they will not be without counsel.

1    **Please let this serve as a request for IVA K. TODOROVA to be removed from**

2    **the service list, mailing lists, the Court's mailing list and the Court's electronic**

3    **notices.**

4        DATED this 17th day of June 16, 2025.

5                                            AARON D. FORD
                                            Attorney General
6
                                            By: */s/Sabrena K. Clinton*
7                                                Sabrena K. Clinton (Bar No. 6499)
                                                 Senior Deputy Attorney General
8                                                1 State of Nevada Way, Suite 100
                                                Las Vegas, NV 89119
9                                                (702) 486-3420 (phone)
                                                (702) 486-3773 (fax)
10                                               sclinton@ag.nv.gov (email)

11                                          *Attorneys for Governor Joseph Lombardo and*
                                            *Attorney General Aaron Ford*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28